## CONSUMER CREDIT TRANSACTION
### IMPORTANT!! YOU ARE BEING SUED!!

### THIS IS A COURT PAPER – A SUMMONS
DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF
YOUR PAY CAN BE TAKEN FROM YOU (GARNISHED). IF YOU DO NOT BRING THIS TO
COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT
RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!!! IF YOU CAN'T
PAY FOR YOUR OWN LAWYER BRING THESE PAPERS TO THIS COURT RIGHT AWAY.
THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

-------------------------------------------------X

BARCLAYS BANK DELAWARE

*Plaintiff,*

-against-

ALBERTO RIVERA,
                    *Defendant.*
-------------------------------------------------X

**INDEX NUMBER:**

**SUMMONS**

**037556**

Plaintiff's Address:
125 S West Street
Wilmington, DE 19801

Basis of Venue:
Defendant's Address

To the above named defendant:

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City of New York, in and for the
County of QUEENS, at the office of the said court at 89-17 Sutphin Boulevard, Jamaica, NY 11435,
within the time provided by law as noted below and to file your answer to the annexed complaint with
the Clerk; upon your failure to answer, judgment will be taken against you for the sum of $3,166.85
together with the costs of this action.

Dated: 10/30/18

TENAGLIA & HUNT, P.A.
Attorneys for Plaintiff

By:
David Sussman, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC Department of Consumer
Affairs collection license No.: #2047462

**FILED**
**GENERAL CLERK**
NOV 29 2018
QUEENS COUNTY
CIVIL COURT

NOTE: The law provides that:

(a) If this summons is served by its delivery to you personally, you must appear and answer within TWENTY days after such service; or

(b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

DEFENDANTS TO BE SERVED:
ALBERTO RIVERA
7845 81st St
Ridgewood NY 11385-7632

TRANSACCION DE CREDITO DEL CONSUMIDOR

!IMPORTANTE! UD. HA SIDO DEMANDADO!

ESTE ES UN DOCUMENTO LEGAL--UNA CITACION

!NO LA BOTE! !CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR
PARTE DE SU SALARIO (EMBARGARLO). !SI UD. NO SE PRESENTA EN LA CORTE
CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES (PROPIEDAD) Y
PERJUDICAR SU CREDITO! !TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OTROS
GASTOS LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGADO
TRAIGA ESTOS PAPELES A LA CORTE IMMEDIATAMENTE. VENGA EN PERSONA Y
EL SECRETARIO DE LA CORTE LE AYUDARA.

CORTE CIVIL DE LA CIUDAD DE NUEVA YORK          NO. DE EPIGRAFE:
CONADO DE  QUEENS

-----------------------------------------------------X
BARCLAYS BANK DELAWARE

Demandante,

-against-

ALBERTO RIVERA,
                    Demandado.
-----------------------------------------------------X

                    CITACION
          Residencia de Demandante
                    Direccion:
              125 S West Street
              Wilmington, DE 19801

La Razon de haber designado
esta Corte es:
Condado de QUEENS

La transaccion de credito
tuvo lugar en el
Condado de QUEENS

Al demandado arriba mencionado:

    **USTED ESTA CITADO** a comparecer en la Corte Civil de la  Nueva York, Condado de
QUEENS  a la oficina del Jefe Principal de dicha Corte en, 89-17 Sutphin Boulevard, Jamaica, NY
11435, en el Condado de QUEENS Ciudad y Estado de Nueva York, dentro del tiempo provisto por la
ley segun abajo indicado y a presentar su respuesta a la demanda anexada al Jefe de la Corte: si usted no
comparece a contestar, se rendira sentencia contra usted en la suma de $3,166.85 incluyendo las costas de
esta causa.

Fechado: 10/30/18

                    TENAGLIA & HUNT, P.A.

                    By:
                    David Sussman, Esq.
                    395 W. Passaic Street, Suite 205
                    Rochelle Park, New Jersey 07662
                    5 Penn Plaza, 23rd Fl
                    New York, New York 10001
                    (201) 820-6001
                    NYC Department of Consumer
                    Affairs collection license No.: # 2047462
                    Abogados para Demandado

NOTA: La Ley provee que:

(a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderia dentro de VIENTE dias despues de la entrega; o

(b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entrega personal a usted en la Ciudad de Nueva York, usted tiene TREINTA dias para comparacer y responder la demanda, despues de haberse presentado prueba de entrega de la citacion al Jefe de esta Corte

**Demandado para ser servido:**
ALBERTO RIVERA
7845 81st St
Ridgewood NY 11385-7632

File No.: TA005012
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

BARCLAYS BANK DELAWARE

*Plaintiff,*

-against-

ALBERTO RIVERA,

*Defendant.*

Index No.:

**COMPLAINT**

Plaintiff, by its Attorneys, complaining of the Defendant(s), respectfully alleges that:

1.      Plaintiff is a national banking association organized and existing under federal law.

2.      Upon information and belief, the Defendant(s) resides or has an office in the county in which this action is brought, or the defendant(s) transacted business within the county in which this action is brought, either in person or through an agent and the instant cause of action arose out of said transaction.

### AS AND FOR A FIRST CAUSE OF ACTION

1.      Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if more fully set forth herein.

2.      At all relevant times herein, Defendant was the holder of a credit card that enabled Defendant to charge items to the credit card bearing account no. ending in the last four 9579.

(HEREINAFTER THE "ACCOUNT")

3.      By using the account, Defendant agreed to certain terms and conditions requiring Defendant to make payments towards the balance incurred thereon .(THE "AGREEMENT")

4.      Defendant's account defaulted when Defendant failed to make the required payments as set forth in the agreement, and as a result, was in breach of the terms and conditions thereunder.

5.      There is still due on said account the sum of $3,166.85, of which no part has been paid although repeated demands for same have been made and as often refused.

6.      The Statute of Limitations has not yet expired.

Wherefore, Plaintiff demands as damages the sum of $3,166.85, together with costs of this suit.

## AS AND FOR A SECOND CAUSE OF ACTION

7.    Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if more fully set forth herein.

8.    Plaintiff rendered to Defendant(s) a full and true account of the indebtedness owing by the Defendant(s) as a result of the above agreement, in an amount as herein above set forth which account statement was delivered to and accepted without objection by the Defendant(s) resulting in an account stated in the sum of $3,166.85, no part of which was has been paid despite due demand therefore.

Wherefore, Plaintiff demands judgment against the Defendant(s) in the sum of $3,166.85 together with costs of this suit.

## AS AND FOR A THIRD CAUSE OF ACTION

9.    Plaintiff repeats, reiterates and incorporates each and every allegation contained in the foregoing paragraphs as though fully set forth at length herein.

10.   Plaintiff sues said Defendant for the reasonable value of credit purchases under the Account pursuant to the Agreement with the Defendant upon the promise of the Defendant to pay a reasonable price for the same.  Payment has been demanded and has not been made.

WHEREFORE, Plaintiff(s) is entitled to judgment against Defendant for Quantum Meruit in the amount of $3,166.85, together with costs of this suit.

The undersigned attorney hereby certifies that, to the best of his/her knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the within complaint and the contentions therein are not frivolous as defined in Part 130-1.1(c) of the rules of the Chief Administrator.

Dated:  10/30/18

TENAGLIA & HUNT, PA.
ATTORNEY FOR PLAINTIFF

By:
David Sussman, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC DEPARTMENT OF CONSUMER
AFFAIRS COLLECTION NO.: #2047462

Index No.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

BARCLAYS BANK DELAWARE

Plaintiff,

vs.

ALBERTO RIVERA

Defendant(s).

SUMMONS AND COMPLAINT

**TENAGLIA & HUNT, P.A.**
**395 West Passaic Street, Ste 205**
**Rochelle Park, NJ 07662**
**5 Penn Plaza, 23rd Fl**
**New York, New York 10001**
**(201) 820-6001**

**Attorneys For:** BARCLAYS BANK DELAWARE
*Plaintiff.*