

PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

TENAGLIA & HUNT, P.A.
395 W. PASSAIC ST SUITE 205
ROCHELLE PARK, NJ 07662

CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF QUEENS

INDEX # 037556/2018

BARCLAYS BANK DELAWARE,

Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

ALBERTO RIVERA

Defendants,

I, Steve C. Kemp, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of New York.

On 1/2/2019 at 5:25 PM at 7845 81ST ST RIDGEWOOD, New York 11385, I served the within SUMMONS & COMPLAINT, bearing index #037556/2018, filed 11/29/2018 on ALBERTO RIVERA, defendant therein named,

(X) **SUITABLE AGE PERSON:** By delivering thereat a copy of each to, JANE DOE (withheld name) CO-RESIDENT, a person of suitable age and discretion. I also asked this person whether said premises was the defendant's dwelling place/usual place of abode and the reply was affirmative. I then asked this person whether he or she resided at said premises with the defendant and the reply was also affirmative.

(X) **MAILING:** On 1/17/2019 I also enclosed a copy of same, in a prepaid sealed, first class wrapper marked personal and confidential properly addressed to defendant and mailed to defendant at 7845 81ST ST RIDGEWOOD, New York 11385 by depositing said wrapper in a post office of the United States Postal Service within the state of New York.

**Description of Person Served:**
AGE: 44   SKIN TONE: WHITE   GENDER: FEMALE   WEIGHT: 130-150 LBS   HEIGHT: 5FT4IN-5FT7IN   HAIR: BROWN

MILITARY SERVICE [X] I asked the person spoken to whether the defendant was in active military service of the United States or of the State of New York in any capacity whatsoever and received a NEGATIVE reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York or of the United States as that term is defined in either the State or Federal statutes.

LICENSE # 1278468
FILE # TA005012
CASE ID # 5371397

STATE OF NEW YORK
COUNTY OF Suffolk

Sworn to and subscribed before me this ___ day of JAN 1 7 2019, 20___, by Steve C. Kemp (affiant name).

Signature of Notary Public

Print, Type or Stamp Notary's Commissioned Name

Personally known _____   OR   Produced Identification _____

Type of Identification Produced _____

PAMELA E KOESTER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KO6323093
Qualified In Suffolk County
My Commission Expires April 13, 2019

QUEENS CIVIL FILED JAN 24, 2019

GEN 7.18