File No. TA005012
Civil Court of the City of New York
COUNTY OF QUEENS

―――――――――――――――――――――x

Barclays Bank Delaware,

       Plaintiff,

             Index No. 037556/2018

-against-

             **NOTICE OF DEFAULT**

Alberto Rivera

       Defendant.

―――――――――――――――――――――x

**TO THE ABOVE NAMED DEFENDANT(S) PLEASE TAKE NOTICE THAT:**

  **WHEREAS** the above entitled action was commenced by the plaintiff herein, by service of a summons and complaint upon you and the time to appear and answer the summons and complaint herein has expired and you have failed to appear and answer within the time required by law.

  **NOW THEREFORE**, judgment by default for failure to appear and answer may be entered against you for the sum of $3,166.85.

Dated: New York, NY
   April 25, 2019

              TENAGLIA & HUNT, P.A.
              Attorneys for Plaintiff,

              By: _____
              Murianda/L. Ruffin, Esq.
              395 West Passaic Street, Ste 205
              Rochelle Park, NJ 07662
              5 Penn Plaza, 23rd Floor
              New York, NY 10001
              (201) 820-6001
              NYC Department of Consumer
              Affairs collection license No.: # 2047462

<u>Defendant's Address(es):</u>
Alberto Rivera
7845 81st St
Ridgewood NY 11385-7632

Ex. 3

File No. TA005012
Civil Court of the City of New York
COUNTY OF QUEENS
─────────────────────────────x
Barclays Bank Delaware,

                         Plaintiff,

-against-                                  Index No. 037556/2018

Alberto Rivera
                                        **AFFIDAVIT OF ADDITIONAL MAILING**
                     Defendant.
─────────────────────────────x

**STATE OF NEW JERSEY,**
ss.:
**COUNTY OF BURLINGTON**

    Jessica Gavin being duly sworn, deposes and says that deponent is over 18 years of age, resides in Burlington County, NJ and is not a party to this action.

    On 4-29-2019, pursuant to CPLR § 3215(g)(3), additional notice of the default was duly given by Plaintiff at least 20 days before the entry of such judgment, by mailing a copy of the summons by first-class mail to the defendant at the defendant's place of residence in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication was from an attorney or concerns an alleged debt, to the following address:

                                        **Alberto Rivera**
                                        7845 81st St
                             Ridgewood NY 11385-7632

                                                    _/s/ Jessica Gavin_
                                                        Jessica Gavin

Sworn to before me this
29 day of April, 2019

_/s/ Notary Public_

JENNIFER L MIGLIORE
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50049708
MY COMMISSION EXPIRES NOV. 28, 2021