File No. TA005012
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
―――――――――――――――――――x
BARCLAYS BANK DELAWARE,

          Plaintiff,

-against-                                 Index No.: CV-037556-18/QU

Alberto Rivera                            **NOTICE OF ENTRY**

          Defendant.
―――――――――――――――――――x

Please take notice that the within is a true copy of a(n) Judgment duly entered in the office of the Clerk of the CIVIL COURT OF THE CITY OF NEW YORK, County of QUEENS, on January 23, 2025.

Dated: February 11, 2025

                                                      TENAGLIA & HUNT, P.A.
                                                      Counsel for the Plaintiff

                                                      By_____
                                                      David Sussman
                                                      365 West Passaic St, Suite 405
                                                      Rochelle Park, NJ 07662
                                                      5 Penn Plaza, 23rd Floor
                                                      New York, NY 10001
                                                      (201) 820-6001

To:    Alberto Rivera
        8858 81st Rd
        Glendale NY 11385-7842

NYC-Notice of Entry