| | |
|---|---|
| Civil Court of the City of New York<br>County of Queens   Part _____ | Index Number: **CV-037556-18/QU**<br><br>**ORDER TO SHOW CAUSE**<br>To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this defendant, allow answer of _____ dismissing the action |
| BARCLAYS BANK DELAWARE<br>       -against-<br>ALBERTO RIVERA | |

**UPON** the annexed affidavit of ALBERTO RIVERA, sworn to on March 18, 2025, and upon all papers and proceedings herein:

Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:

**Queens Civil Court**
**89-17 Sutphin Boulevard**
**Jamaica, NY 11435**
**Part 34c Room 102**
**on April 16th 2025 at     9:30 AM**

or as soon thereafter as counsel may be heard, why an order should not be made:

1. **restoring the case to the calendar**
2. **vacating the Judgment, and all liens, income executions and restraining notices,**
3. **accepting the proposed answer as filed or allowing defendant to file an answer and/or**
4. **dismissing the action if warranted, and/or**
5. **granting such and further relief as may be just.**

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let ALL proceedings on the part of the Plaintiff(s), Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed (stopped).

Check only if applicable:
☑ **PLAINTIFF** shall provide a copy of the summons and complaint and affidavit of service to the defendant on the return date of this Order to Show Cause.

**SERVICE** of a copy of this Order to Show Cause, and attached Affidavit in Support, shall be made on the (check all that apply):

☑ Claimant(s)/Plaintiff(s) or named attorney(s)             ☐ Sheriff or Marshal ~~(crossed out)~~

| | |
|---|---|
| ☐ by Personal Service by " In Hand Delivery"<br>☐ by Certified Mail, Return Receipt Requested<br>☑ by First Class Mail with official Post Office Certificate of Mailing | ☐ by Personal Service by " In Hand Delivery"<br>☐ by Certified Mail, Return Receipt Requested<br>☐ by First Class Mail with official Post Office Certificate of Mailing |

on or before **March 26, 2025** _____, shall be deemed good and sufficient service.

**PROOF OF SUCH SERVICE** must be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

Mail to Attorney or party:
TENAGLIA & HUNT, P.A. (Counsel for Plaintiff), at 365 W. PASSAIC STREET, SUITE 405, Rochelle Park, NJ 07662

Sheriff/Marshal:
Marshal of the City of New York
holding spot
New York, NY 00000-0000

March 18, 2025
DATE

_(signature)_
Hon. Amish R. Doshi, Civil Court Judge (NYC)

**HON. AMISH R. DOSHI**

| Civil Court of the City of New York, County of Queens | Index # CV-037556-18/QU |
|---|---|
| BARCLAYS BANK DELAWARE<br>-against-<br>ALBERTO RIVERA | Affidavit in support of an order to show cause To Vacate a Default Judgment for failure to appear and answer and to file an answer or dismiss the case |

State of New York, County of Queens:
**ALBERTO RIVERA**, being duly sworn, deposes and says(check all statements that apply to you):

1. **PARTY**
   - ☒ a) I am the party named as defendant in the above titled action
2. **SERVICE**
   - ☐ a) I **was not** served in the right way as required by the law with a summons and complaint in this action.
   - ☒ b) I **was not** served a summons and complaint, and my first notice of legal action was
     - ○ a notice from the Clerk's Office.
     - ○ a notice of Default Judgment mailed to me.
     - ● a Restraining Notice on my bank account.
     - ○ a copy of an Income Execution.
     - ○ Other: _____
   - ☐ c) I have read the Affidavit of Service, and I disagree with it because: _____
   - ☐ d) I requested the Affidavit of Service from the court, but it was not available.

3. **EXCUSABLE DEFAULT** (You must tell the Judge the reason(s) why you did not come to court to answer.)
   **I did not** come to court and answer in the Clerk's Office because (check all that apply):
   - ☐ I was sick.
   - ☐ I am disabled.
   - ☐ I had an illness in my family.
   - ☐ I had a death in the family.
   - ☐ I was out of town.
   - ☒ I did not receive the court papers.
   - ☐ I received the court papers too late.
   - ☐ The plaintiff told me not to worry about the case or not to answer.
   - ☐ I was on military duty.
   - ☐ Other: _____

4. **DEFENSES** ( You must tell the Judge the reason(s) why you should not have to pay the money the plaintiff is suing for. Look at the Defense Information Worksheet [see UCS-CC-4] to see what defenses you may have and write them here.)
   **I have a good defense because:**
   I do not recognize the debt and the money taken out of the account is exempt because it is Social Security.

5. **PRIOR APPLICATION**
   - ☒ a) I **have not** had an Order to Show Cause before in this case.
   - ☐ b) I **have** had an Order to Show Cause before in this case, but an making another application because:

6. **RELIEF REQUESTED** (check all that apply)
   - ☒ I request that the Default Judgment is vacated.
   - ☒ I request that I be allowed to file an answer.
   - ☒ I request permission to serve these papers.
   - ☒ I request that the case is dismissed.

Sworn to before me this day March 18, 2025

(Sign Name) _Alberto Rivera_
ALBERTO RIVERA
8858 81ST ST RD
Ridgewood, NY 11385

Notary Public or Court Employee with title

UCS-CC-1

Civil Court of the City of New York  
County of Queens

Index No: CV-037556-18/QU

---

BARCLAYS BANK DELAWARE  
-against-  
ALBERTO RIVERA

WRITTEN ANSWER  
CONSUMER CREDIT TRANSACTION

**ANSWER:** (Check all that apply)
1. ☑ General Denial: I deny the allegations in the complaint

**SERVICE**
2. ☑ I did not receive a copy of the summons and complaint
3. ☐ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**
4. ☑ I do not owe this debt
5. ☐ It is not my debt. I am the victim of identity theft or mistaken identity.
6. ☐ I have paid all or part of the alleged debt.
7. ☐ I dispute the amount of the debt.
8. ☐ I had no business dealings with Plaintiff. (Plaintiff lacks standing.)
9. ☐ There is no record of plaintiff having a license to collect debt (only for cases filed in New York City, Buffalo and other municipalities requiring debt collectors to be licensed).
10. ☐ Plaintiff does not allege a debt collector's license number in the Complaint (only for cases filed in New York City, Buffalo and other municipalities requiring debt collectors to be licensed).
11. ☑ Statute of Limitations (the time has passed to sue on this debt: more than six years.)
12. ☐ The debt has been discharged in bankruptcy.
13. ☐ The collateral (property) was not sold at a commercially reasonable price.
14. ☐ Failure to provide proper notice before selling collateral (property).
15. ☐ Failure to mitigate damages (Plaintiff did not take reasonable steps to limit damages)
16. ☐ Unjust enrichment (the amount demanded is excessive compared with the original debt.)
17. ☐ Violation of the duty of good faith and fair dealing.
18. ☐ Unconscionability (the contract is unfair.)
19. ☐ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
20-a. ☐ **OUTSIDE OF NEW YORK CITY ONLY:** Lack of personal jurisdiction under Uniform City Court Act § 213 (applies if you do not work in the city where the case was filed and you are not a resident of that city or (for all counties except Westchester and Nassau counties) you are not a resident of a two next to that city within the same county).
20-b. ☐ **SUFFOLK COUNTY:** Lack of personal jurisdiction; the defendant is not a resident and/or was not served in, or there was no transaction of business in, that portion of Suffolk County for which a District Court has been established (Towns of Huntington, Babylon, Islip, Smithtown and Brookhaven).
21. ☐ Defendant is in the military.

**OTHER**
22. ☐ Other reasons _____
23. ☑ Please take notice that my only source of income is __SSDI__, which is exempt from collection.

**COUNTERCLAIM(S)**
24. ☐ Counterclaim(s):$ _____ Reason: _____

## VERIFICATION

State of New York, County of Queens ss:  
**ALBERTO RIVERA**, being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.  
Sworn to before me this _____ day of _____ 20__

_____  Defendant

Notary Public/Court Employee and Title  
This case is scheduled to appear on the court calendar as follows:  
Date: _____ Part: _____ Room: _____ Time: _____ Both sides notified: ○ Yes ○ No

**Affirmation of Truth of Statement**

I affirm this ____ day of __3/18__, 20__25__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

(Sign) _Alberto Rivera_

(Print) _ALBERTO RIVERA_