March ___, 2025

Alberto Rivera
8858 81st Rd., 2nd Fl.
Glendale, NY 11385

BY CERTIFICATE OF MAILING TO:

Tenaglia & Hunt, P.A.
365 West Passaic Street, Suite 405
Rochelle Park, NJ 07662

Bank of America, N.A.
Legal Order Processing
P.O. Box 15407
Wilmington, DE 19850-5047

**Re: Demand for immediate release of Bank of America account -1868**

To whom it may concern:

I write to demand the immediate release of my Bank of America account ending in -1868, which was restrained in response to a restraining notice issued by Tenaglia & Hunt, P.A. At the time of the restraint, all the funds in my account were exempt Social Security Disability Insurance (SSDI) benefits and/or workers' compensation benefits. Tenaglia & Hunt should immediately instruct Bank of America to release my restrained account, and Bank of America should immediately deem the restraining notice from Tenaglia & Hunt void, in accordance with N.Y. C.P.L.R. 5222-a(c)(4).

I have two accounts with Bank of America: a checking account ending in -5523 and the restrained account ending in -1868. In February 2024, I received a workers' compensation check in the amount of $33,509.69 and deposited it into account -1868, which previously had a $0 balance. In September 2024, I received three direct deposits into account -5523 of disability benefits from the Social Security Administration totaling $67,755. In October 2024, I transferred $52,772 from account -5523 to account -1868. At the time of the transfer, the -5523 account contained only exempt funds, and the deposit of $52,772 into account -1868 was therefore all exempt funds.

In the next months, I spent down any nonexempt funds in account -1868, pursuant to the Lowest Intermediate Balance Principle of Accounting, which applies to accounts containing mixed exempt and nonexempt funds under N.Y. C.P.L.R. 5222-a(c)(4). The only funds remaining at the time of the restraint were my exempt disability benefits and/or workers' compensation benefits.

Attached to this letter please find my exemption claim form, as well as the following documents (with irrelevant information redacted) proving that the restrained funds in account -1868 are exempt:

- Spreadsheet analyses of the exempt and nonexempt funds in accounts -5523 and -1868 during the relevant periods.
- Excerpts of statements from Aug. 10, 2024 to Oct. 9, 2024 for account -5523 showing transfers of exempt funds and deposits from "SSA TREAS . . . SOC SECURITY," representing SSDI payments.
- Excerpts of statements from Feb. 1, 2024 through March 18, 2025 for account -1868 showing: a) the deposit of workers' compensation benefits in February 2024; b) the transfer of $52,772 from account -5523 in October 2024; and c) the spending down of any nonexempt funds in the account.
- Social Security Administration Notice of Award for disability benefits.
- Pay stub for workers' compensation benefits check.

Please contact me at (347) 432-8140 or ariveraj@verizon.net to confirm the release of my account.

Sincerely,


Alberto Rivera

**Account -1868**

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Debit | Exempt Funds in Account | Nonexempt Funds in Account | Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/1/24-2/16/24 | $25,000.12 | $33,509.69 | $0.12 | $8,509.69 | $25,000.12 | $0.00 | $33,509.69 deposit of exempt workers' compensation benefits. |
| 2 | 2/17/24-3/19/24 | $25,000.34 | | $5,000.22 | $5,000.00 | $25,000.12 | $0.22 | |
| 3 | 3/20/24-4/18/24 | $28,500.56 | | $3,500.22 | | $25,000.12 | $3,500.44 | |
| 4 | 4/19/24-5/20/24 | $28,000.81 | | $0.25 | $500.00 | $25,000.12 | $3,000.69 | |
| 5 | 5/21/24-6/17/24 | $27,001.02 | | $0.21 | $1,000.00 | $25,000.12 | $2,000.90 | |
| 6 | 6/18/24-7/19/24 | $26,001.25 | | $0.23 | $1,000.00 | $25,000.12 | $1,001.13 | |
| 7 | 7/20/24-8/20/24 | $22,076.46 | | $2,700.21 | $6,625.00 | $22,076.46 | $0.00 | |
| 8 | 8/21/24-9/18/24 | $19,076.62 | | $0.16 | $3,000.00 | $19,076.62 | $0.00 | Transfer of $3,000 on 8/28/24 from account -1868 to account -5523. At the time of the transfer, only $0.16 in account -1868 was nonexempt; the rest of the transfer comprised exempt workers' compensation benefits. |
| 9 | 9/19/24-10/21/24 | $71,001.19 | $52,772.00 | $0.74 | $848.17 | $71,001.19 | $0.00 | Transfer of $70 on 9/24/24 from account -1868 to account -5523. At the time of the transfer, all funds in account -1868 were exempt. Transfer of $52,772 on 10/3/24 from account -5523 to account -1868. At the time of the transfer, all funds in account -5523 were exempt. |
| 10 | 10/22/24-11/18/24 | $61,002.15 | | $0.96 | $10,000.00 | $61,002.15 | $0.00 | |

*Account -1868*

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Debit | Exempt Funds in Account | Nonexempt Funds in Account | Notes |
|---|---|---|---|---|---|---|---|---|
| 11 | 11/19/24- 12/18/24 | $58,001.20 | | $25.80 | $3,026.75 | $58,001.20 | $0.00 | |
| 12 | 12/19/24- 1/21/25 | $56,002.78 | | $1.58 | $2,000.00 | $56,002.78 | $0.00 | |
| 13 | 1/22/25- 2/18/25 | $54,004.04 | | $4.01 | $2,002.75 | $54,004.04 | $0.00 | |
| 14 | 2/19/25- 3/9/25 | $49,177.00 | | $672.96 | $5,500.00 | $49,177.00 | $0.00 | At the time of the legal order on 3/10/25, all of the funds in the account were exempt. |
| 15 | 3/10/25- 3/18/25 | $42,054.44 | | $1.14 | $7,123.70 | $42,054.44 | $0.00 | |

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO R LAO
8888 8181 RD
GLENDALE, NY 11385-7842

**Customer service information**

☎ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉ bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Bank of America Advantage Savings

for February 1, 2024 to February 16, 2024

**ALBERTO R LAO**

Account number: ████ 1868

## Account summary

| | |
|---|---|
| Beginning balance on February 1, 2024 | $0.00 |
| Deposits and other additions | 33,509.81 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -8,509.69 |
| Service fees | -0.00 |
| **Ending balance on February 16, 2024** | **$25,000.12** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.12.*

## A powerful tool for turning your goals into action

Bank of America Life Plan™ is an easy, customizable way to help you set and track goals, get personalized guidance and adjust as priorities change. It's also a great way to prepare for meeting with a financial specialist!



**Start making your Life Plan today.** Scan the QR code or go to bankofamerica.com/LifePlan

When you use the QRC feature certain information is collected from your mobile device for business purposes
¹ To be eligible for Bank of America Life Plan, a client must have a Bank of America consumer banking relationship (checking, savings, or credit card account) and be digitally active on the Bank of America website or mobile app. Go to the URL for additional details.
Bank of America Life Plan is a registered trademark of the Bank of America Corporation. Member FDIC

SSM-09-23-0651-R-1 5965158

PULL: B  CYCLE: 12  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: NY

# BANK OF AMERICA

ALBERTO R LAO | Account #          1868 | February 1, 2024 to February 16, 2024

Welcome to your Bank of America Advantage Savings account. This account has an $8 monthly maintenance fee, but we are waiving your fee for the first six months to give you time to grow your balance. After the first six months, your account will incur the $8 monthly fee if you are not maintaining a $500 minimum daily balance, not enrolled in the Preferred Rewards program or have not linked your savings account to an eligible checking account. For more information, please visit bankofamerica.com/fees to review the Personal Schedule of Fees.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 02/01/24 | BOFA FIN CTR  02/01 #000005483 DEPOSIT 8901 Queens Blvd  Elmhurst    NY | 33,509.69 |
| 02/16/24 | Interest Earned | 0.12 |
| Total deposits and other additions | | $33,509.81 |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 02/08/24 | | -509.69 |
| 02/09/24 | | -8,000.00 |
| Total other subtractions | | -$8,509.69 |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



# Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else
- contact you via phone or text to ask for a security code
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.    SSM 09-23-0692A | 6039180

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO R LAO
8888 81ST RD
GLENDALE, NY 11385-7842

Customer service information

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Bank of America Advantage Savings

for February 17, 2024 to March 19, 2024

Account number: ████ 1868

**ALBERTO R LAO**

## Account summary

| | |
|---|---|
| Beginning balance on February 17, 2024 | $25,000.12 |
| Deposits and other additions | 5,000.22 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -5,000.00 |
| Service fees | -0.00 |
| **Ending balance on March 19, 2024** | **$25,000.34** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.34.*



## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM 09 23 0692A | 6039180

PULL: B CYCLE: 12 SPEC: E DELIVERY: E TYPE: IMAGE: I BC: NY

**BANK OF AMERICA**

ALBERTO R LAO | Account # ▇▇▇▇ 1868 | February 17, 2024 to March 19, 2024

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 03/07/24 | | 5,000.00 |
| 03/19/24 | | 0.22 |
| **Total deposits and other additions** | | **$5,000.22** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 02/20/24 | | -1,000.00 |
| 03/13/24 | | -4,000.00 |
| **Total other subtractions** | | **-$5,000.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app[1] is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture — all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-07-23-0816-B | 5416705

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8888 81ST RD
GLENDALE, NY 11385-7842

Customer service information

Customer service: 1.800.432.1000
En Español 1.800.688.6086
bankofamerica.com
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Bank of America Advantage Savings

for March 20, 2024 to April 18, 2024

Account number: ███ 1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---|
| Beginning balance on March 20, 2024 | $25,000.34 |
| Deposits and other additions | 3,500.22 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 18, 2024** | **$28,500.56** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.56.*



Can you spot a scam?    Be aware of these common red flags:

 Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

 Asked to provide codes or click links to verify information

 Share these tips with friends and family so they can help protect themselves

Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM 02-23-0079B | S449173

**BANK OF AMERICA**

ALBERTO RIVERA LAO  |  Account #  ▓▓▓  1868  |  March 20, 2024 to April 18, 2024

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/24 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 500.00 |
| 04/08/24 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 3,000.00 |
| 04/18/24 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.22 |

**Total deposits and other additions** **$3,500.22**

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

How
are we
doing?

**Your opinion is important to us.**

You're invited to join the Bank of America® Advisory Panel and share what you think we're doing right — and what we need to do better. Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

When you use the QRC feature, certain information is collected from your mobile device for business purposes

Inclusion on the Advisory Panel subject to qualifications.



SSM 06-719758 B | 9601765

**BANK OF AMERICA**

P.O. Box 25164
Wilmington, DE 19886

ALBERTO RIVERA LAO
8888 8181 SD
GLENDALE, NY 11385-7842

Customer service information

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Bank of America Advantage Savings

for April 19, 2024 to May 20, 2024

Account number: ████ 1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---:|
| Beginning balance on April 19, 2024 | $28,500.56 |
| Deposits and other additions | 0.25 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -500.00 |
| Service fees | -0.00 |
| **Ending balance on May 20, 2024** | **$28,000.81** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.81.*

# Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking.
or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-05-23-0809-C.1.5695722

PULL: B  CYCLE: 12  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: NY

## BANK OF AMERICA

ALBERTO RIVERA LAO  |  Account #          1868  |  April 19, 2024 to May 20, 2024

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 05/20/24 | Interest Earned | 0.25 |
| **Total deposits and other additions** | | **$0.25** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 05/10/24 | ███████████████████████████████ | -500.00 |
| **Total other subtractions** | | **-$500.00** |

Braille and Large Print Request · You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



# Invest in their future — open a 529 plan
**The future starts now at merrilledge.com/education-savings/529**

Scan this code to learn more: 

**MERRILL**
A BANK OF AMERICA COMPANY

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |

**BANK OF AMERICA**

P.O. Box 15284
Wilmington DE 19850

ALBERTO RIVERA LAO
8858 81ST RD
GLENDALE, NY  11385-7842

Customer service information

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Bank of America Advantage Savings

for May 21, 2024 to June 17, 2024

Account number: ▮▮▮▮▮ 1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---|
| Beginning balance on May 21, 2024 | $28,000.81 |
| Deposits and other additions | 0.21 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -1,000.00 |
| Service fees | -0.00 |
| **Ending balance on June 17, 2024** | **$27,001.02** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $1.02.*

---

 # Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-09-23-0692.A | 6039160

PULL: B  CYCLE: 12  SPEC: E  DELIVERY: E  TYPE:   IMAGE: I  BC: NY

**BANK OF AMERICA**

ALBERTO RIVERA LAO   |   Account #          1N6B   |   May 21, 2024 to June 17, 2024

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| | | 0.21 |
| 06/17/24 | Interest Earned | |

Total deposits and other additions  $0.21

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| | | -1,000.00 |
| 06/11/24 | ▆▆▆▆▆▆▆▆▆▆▆▆▆ | |

Total other subtractions  -$1,000.00

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.





When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0458C.L 6115469

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8888 81ST RD
GLENDALE, NY 11385-7842

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Bank of America Advantage Savings

for June 18, 2024 to July 19, 2024                 Account number:  1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---|
| Beginning balance on June 18, 2024 | $27,001.02 |
| Deposits and other additions | 0.23 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -1,000.00 |
| Service fees | -0.00 |
| **Ending balance on July 19, 2024** | **$26,001.25** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $1.25.*



# Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-09-23-0692 A | 6039180

PULL: B   CYCLE: 12   SPEC: E   DELIVERY: E   TYPE:    IMAGE: I   BC: NY

**BANK OF AMERICA**

ALBERTO RIVERA LAO  |  Account #██████1889  |  June 18, 2024 to July 19, 2024

The six-month fee waiver on your new Bank of America Advantage Savings account will expire soon.

We hope you are enjoying your new account. As a reminder, after the waiver expires you can continue to avoid the $8 monthly maintenance fee each statement cycle in which you meet one of the following:

- Maintain a $500 minimum daily balance, Or
- Are enrolled in the Preferred Rewards Program, Or
- Ask us to link your savings account to an eligible checking account (first four savings accounts), Or
- Have an owner on the account under the age of 25

For more information, please visit bankofamerica.com/fees to review the Personal Schedule of Fees.

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 07/19/24 | Interest Earned | 0.23 |
| **Total deposits and other additions** | | **$0.23** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/24 | ████████████████████████████ | -1,000.00 |
| **Total other subtractions** | | **-$1,000.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



## Tips to help protect yourself from trending scams:

- Don't be pressured to act quickly—it could be an imposter trying to steal your money.
- If asked to transfer money unexpectedly, use caution — it could be a scam.
- Never grant remote access or download apps at the request of someone you don't know.

**Security tips**

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself**



When you use the QRC feature certain information is collected from your mobile device for business purposes.   SSM-01-24-2353 B  |  6172068

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8888 81ST RD
GLENDALE, NY 11385-7842

Customer service information

Customer service: 1.800.432.1000
En Español: 1.800.688.6086
bankofamerica.com
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Bank of America Advantage Savings

for July 20, 2024 to August 20, 2024

Account number: ███████ 1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---:|
| Beginning balance on July 20, 2024 | $26,001.25 |
| Deposits and other additions | 2,700.21 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -6,625.00 |
| Service fees | -0.00 |
| **Ending balance on August 20, 2024** | **$22,076.46** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $1.46.*



**Security tips**

Tips to help protect yourself from trending scams:

• Hang up if you receive a suspicious call from someone saying they're from the bank. Instead, call the number on your statement or card.
• Neither Bank of America nor the U.S. government will request that you transfer money or share codes to resolve fraud.

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself**.



When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-01-24 2353 B2 | 6172088

PULL: B  CYCLE: 12  SPEC: E  DELIVERY: E  TYPE:    IMAGE: I  BC: NY

# BANK OF AMERICA

ALBERTO RIVERA LAO  |  Account #         3868  |  July 20, 2024 to August 20, 2024

## Deposits and other additions

|  | Amount |
|---|---|
|  | 2,700.00 |
|  | 0.21 |
| Total deposits and other additions | $2,700.21 |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 07/24/24 |  | -200.00 |
| 08/05/24 |  | -1,800.00 |
| 08/05/24 |  | -2,700.00 |
| 08/07/24 |  | -25.00 |
| 08/07/24 |  | -1,900.00 |
| Total other subtractions |  | -$6,625.00 |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page



## Tips to help protect yourself from trending scams:

- Don't be pressured to act quickly — it could be an imposter trying to steal your money
- If asked to transfer money unexpectedly, use caution — it could be a scam
- Never grant remote access or download apps at the request of someone you don't know.

**Security tips**

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself**



When you use the QRC feature certain information is collected from your mobile device for business purposes     SSM-01-24-2353-B | 6172088

PULL: B  CYCLE: 12  SPEC: E  DELIVERY: E  TYPE: IMAGE: I  BC: NY



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8858 8157 RD
GLENDALE NY 11385 7802

Customer service information

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Bank of America Advantage Savings

for August 21, 2024 to September 18, 2024

Account number [REDACTED] 1868

**ALBERTO RIVERA LAO**

### Account summary

| | |
|---|---|
| Beginning balance on August 21, 2024 | $22,076.46 |
| Deposits and other additions | 0.16 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -3,000.00 |
| Service fees | -0.00 |
| **Ending balance on September 18, 2024** | **$19,076.62** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $1.62.*



## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-09-23-0892.A | E039100

PULL: B   CYCLE: 12   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NY

PULL: B   CYCLE: 12   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NY

**BANK OF AMERICA** 🇺🇸

ALBERTO RIVERA LAO | Account # ████ 1868 | August 21, 2024 to September 18, 2024

BANK O

P.O. Box 15284
Wilmington, D

ALBERT
8858 8
GLEND

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 09/18/24 | Interest Earned | 0.16 |
| **Total deposits and other additions** | | **$0.16** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 08/28/24 | Online Banking transfer to CHK 5523 Confirmation# 7286036996 | -3,000.00 |
| **Total other subtractions** | | **-$3,000.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

Y
P
f
A

## Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM 03-24-0504B | 6490005

BANK OF AMERICA
P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8858 8181 RD
GLENDALE, NY  11385-7842

Preferred Rewards
Customer service information

1.888.888.RWDS (1.888.888.7937)

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Bank of America Advantage Savings Preferred Rewards Gold

for September 19, 2024 to October 21, 2024

**ALBERTO RIVERA LAO**

Account number: ████ 1868

## Account summary

| | |
|---|---:|
| Beginning balance on September 19, 2024 | $19,076.62 |
| Deposits and other additions | 52,772.74 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -848.17 |
| Service fees | -0.00 |
| Ending balance on October 21, 2024 | $71,001.19 |

*Annual Percentage Yield Earned this statement period: 0.02%.*
*Interest Paid Year To Date: $2.36.*



Can you spot a scam?   Be aware of these common red flags:

☐ Contacted unexpectedly by the bank   ☐ Asked to transfer money to resolve fraud   ☐ Pressured to act fast and click through warning messages

 Share these tips with friends and family so they can help protect themselves.
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-24-0450B | 6387951



**BANK OF AMERICA**

ALBERTO RIVERA LAO  |  Account ████████ 1868  |  September 19, 2024 to October 21, 2024

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| | | 52,772.00 |
| 10/03/24 | Online Banking transfer from CHK 5523 Confirmation# 7395483229 | 0.74 |
| 10/21/24 | Interest Earned | |

**Total deposits and other additions** $52,772.74

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| | | -70.00 |
| 09/24/24 | Online Banking transfer to CHK 5523 Confirmation# 7318499251 | -258.17 |
| 10/18/24 | | -520.00 |
| 10/21/24 | | |

**Total other subtractions** -$848.17

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

---

# Order foreign currency before you travel

Use our Mobile Banking app* or Online Banking and pick up your currency at a financial center, or have it delivered to your home (if under $1,000).

**Scan the code to learn more or visit bofa.com/foreigncurrency**



* Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-04-24-0466.B16564446


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8858 8157 RD
GLENDALE NY 11385 5842

BANK OF AMERICA
**Preferred Rewards**
Customer service Information

1 888 888 RWDS (1 888 888 7937)
En Español: 1 800 688 6086
bankofamerica.com
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Bank of America Advantage Savings Preferred Rewards Gold

for October 22, 2024 to November 18, 2024

Account number: ████ 1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---|
| Beginning balance on October 22, 2024 | $71,001.19 |
| Deposits and other additions | 0.96 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -10,000.00 |
| Service fees | -0.00 |
| **Ending balance on November 18, 2024** | **$61,002.15** |

*Annual Percentage Yield Earned this statement period: 0.02%.*
*Interest Paid Year To Date: $3.32.*



## Security tips

## Tips to help protect yourself from trending scams:

- Don't be pressured to act quickly — it could be an imposter trying to steal your money.
- If asked to transfer money unexpectedly, use caution — it could be a scam.
- Never grant remote access or download apps at the request of someone you don't know.

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself**



When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-01-24-2353 B 1 6172098

PULL: B CYCLE: 12 SPEC: E DELIVERY: E TYPE: IMAGE: I BC: NY

**BANK OF AMERICA**

ALBERTO RIVERA LAO    Account #          1868    October 22, 2024 to November 18, 2024

**Exclusively for BofA cardholders: 10% off skate rentals at Bank of America Winter Village at Bryant Park. Start planning the fun at wintervillage.org**

You will receive a 10% discount on eligible Skate Rentals when you use any Bank of America® issued debit or credit card as your form of payment to pay for your online purchase at checkout. Offer valid between October 25, 2024 and March 2, 2025. Offer only valid on rentals up to $595. Customers must enter their credit or debit card number, card expiration and CVV directly on the payment page online at checkout to qualify for this offer. If purchasing through a representative from Bryant Park, please confirm you are using a BofA credit or debit card. Except where required by law, cannot be redeemed for cash or cash equivalent, reproduced, modified, sold, traded, refunded or replaced if lost or stolen. Not valid on previous purchases or at any other location or website. No cash back. Bryant Park Corporation also reserves the right to change the terms and conditions applicable to discount codes at any time. Void where prohibited. Fulfillment of this offer is the sole responsibility of Bryant Park Corporation LLC. Discount cannot be applied using Google Wallet.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 11/18/24 | Interest Earned | 0.96 |
| **Total deposits and other additions** | | **$0.96** |

# Withdrawals and other subtractions

## Other subtractions

| Date | Description | Amount |
|---|---|---|
| 10/23/24 | | -7,500.00 |
| 11/04/24 | | -1,000.00 |
| 11/12/24 | | -1,500.00 |
| **Total other subtractions** | | **-$10,000.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

INSIDE THE MIND OF A GENIUS

# LEONARDO
· DA VINCI ·

A FILM BY KEN BURNS,
SARAH BURNS AND DAVID McMAHON

ONLY ON PBS
**STARTING MON NOV 18 8/7c**   **PBS**

**BANK OF AMERICA**

We're proud to support filmmaker Ken Burns as he explores the life and work of Leonardo da Vinci, whose artistic and scientific genius has influenced generations since the 15th century.

Learn more at: **bankofamerica.com/KenBurns**

SSM-07-24-0368B | 6798658

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8888 8157 RD
GLENDALE, NY 11385-7842

BANK OF AMERICA

## Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Bank of America Advantage Savings
# Preferred Rewards Platinum

for November 19, 2024 to December 18, 2024                    Account number: ▮▮▮▮ 1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---|
| Beginning balance on November 19, 2024 | $61,002.15 |
| Deposits and other additions | 25.80 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -3,026.75 |
| Service fees | -0.00 |
| **Ending balance on December 18, 2024** | **$58,001.20** |

*Annual Percentage Yield Earned this statement period: 0.02%.*
*Interest Paid Year To Date: $4.52.*

BANK OF AMERICA

**Preferred Rewards**

PLATINUM

## You're getting Platinum tier benefits!

Preferred Rewards is more than just rewards. It's recognition. To ensure you're getting the
most out of your new benefits and rewards, visit **bankofamerica.com/MyRewards**

SSM-12-23-0010.F | 6112977

PULL: B   CYCLE: 12   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NY

**BANK OF AMERICA**

ALBERTO RIVERA LAO  |  Account #          | BGR  |  November 19, 2024 to December 18, 2024

Exclusively for BofA cardholders: 10% off skate rentals at Bank of America Winter Village at Bryant Park. Start planning the fun at wintervillage.org

You will receive a 10% discount on eligible Skate Rentals when you use your Bank of America® issued debit or credit card as your form of payment to pay for your online purchase at checkout. Offer valid between October 25, 2024 and March 2, 2025. Offer only valid on rentals up to $500. Customers must enter their credit or debit card number, card expiration and CVV directly on the payment page online at checkout to qualify for this offer. If purchasing through a representative from Bryant Park, please confirm you are using a BofA credit or debit card. Except where required by law, cannot be redeemed for cash or cash equivalent, reproduced, modified, sold, traded, refunded or replaced if lost or stolen. Not valid on previous purchases or at any other location or website. No cash back. Bryant Park Corporation also reserves the right to change the terms and conditions applicable to discount codes at any time. Void where prohibited. Fulfillment of this offer is the sole responsibility of Bryant Park Corporation LLC. Discount cannot be applied using Google Wallet.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/03/24 | | 24.60 |
| 12/18/24 | | 1.20 |
| **Total deposits and other additions** | | **$25.80** |

# Withdrawals and other subtractions

## Other subtractions

| Date | Description | Amount |
|---|---|---|
| 11/22/24 | | -500.00 |
| 11/26/24 | | -20.0 |
| 12/02/24 | | -91.7 |
| 12/02/24 | | -415.0 |
| 12/16/24 | | -2,000.0 |
| **Total other subtractions** | | **-$3,026.7** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



## Security tips

# Tips to help protect yourself from trending scams:

- Hang up if you receive a suspicious call from someone saying they're from the bank. Instead, call the number on your statement or card.
- Neither Bank of America nor the U.S. government will request that you transfer money or share codes to resolve fraud.

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself.**

When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-01-24-2353-B2 | 6172088

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8858 81ST RD
GLENDALE, NY 11385-7842

**Preferred Rewards**

Customer service information

☎ 1.888.888.RWDS (1.888.888.7937)

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Bank of America Advantage Savings
# Preferred Rewards Platinum

for December 19, 2024 to January 21, 2025

Account number: ████ 1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---:|
| Beginning balance on December 19, 2024 | $58,001.20 |
| Deposits and other additions | 1.58 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -2,000.00 |
| Service fees | -0.00 |
| **Ending balance on January 21, 2025** | **$56,002.78** |

*Annual Percentage Yield Earned this statement period: 0.03%.*
*Interest Paid Year To Date: $1.58.*

BANK OF AMERICA
**Preferred Rewards**
PLATINUM

## You are getting Platinum tier benefits!

Preferred Rewards is more than just rewards, it is recognition. To ensure you are getting the most out of your new benefits and rewards, visit bankofamerica.com/MyRewards.

SSM-10-24-0354 E | 6112977

PHIL: B  CYCLE: 12  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: NY

**BANK OF AMERICA**

ALBERTO RIVERA LAO  |  Account #          1868  |  December 19, 2024 to January 21, 2025

Exclusively for BofA cardholders: 10% off skate rentals at Bank of America Winter Village at Bryant Park. Start planning the fun at wintervillage.org

You will receive a 10% discount on eligible Skate Rentals when you use any Bank of America® issued debit or credit card as your form of payment to pay for your online purchase at checkout. Offer valid between October 25, 2024 and March 2, 2025. Offer only valid on rentals up to $300. Customers must enter their credit or debit card number, card expiration and CVV directly on the payment page online at checkout to qualify for this offer. If purchasing through a representative from Bryant Park, please confirm you are using a BofA credit or debit card. Except where required by law, cannot be redeemed for cash or cash equivalent, reproduced, modified, sold, traded, returned or replaced if lost or stolen. Not valid on previous purchases or at any other location or website. No cash back. Bryant Park Corporation also reserves the right to change the terms and conditions applicable to discount codes at any time. Void where prohibited. Fulfillment of this offer is the sole responsibility of Bryant Park Corporation LLC. Discount cannot be applied using Google Wallet.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 01/21/25 | Interest Earned | 1.58 |
| **Total deposits and other additions** | | **$1.58** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 12/23/24 | | -1,000.00 |
| 01/07/25 | | -1,000.00 |
| **Total other subtractions** | | **-$2,000.00** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 12/23/24 | | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-03-24-0504 B  |  6490905



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA

Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)

En Español 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ALBERTO RIVERA LAO
8858 81ST RD
GLENDALE, NY 11385-7842

# Your Bank of America Advantage Savings
# Preferred Rewards Platinum

for January 22, 2025 to February 18, 2025

Account number: ▓▓▓▓ 1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---|
| Beginning balance on January 22, 2025 | $56,002.78 |
| Deposits and other additions | 4.01 |
| ATM and debit card subtractions | -102.75 |
| Other subtractions | -1,900.00 |
| Service fees | -0.00 |
| **Ending balance on February 18, 2025** | **$54,004.04** |

*Annual Percentage Yield Earned this statement period: 0.03%.*
*Interest Paid Year To Date: $2.84.*

---

## New: Scheduled and recurring payments with Zelle®

Send money now, schedule it for later, or make it recurring.
**Enroll now! Scan the code or visit bankofamerica.com/zelle.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-03-24-0484 B | 6398672

PULL: B   CYCLE: 12   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NY

**BANK OF AMERICA**

ALBERTO RIVERA LAO  |  Account #          1868  |  January 22, 2025 to February 18, 2025

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 01/29/25 | | 2.75 |
| 02/18/25 | | 1.26 |
| **Total deposits and other additions** | | **54.01** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 01/29/25 | | -102.75 |
| **Total ATM and debit card subtractions** | | **-$102.75** |

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 01/29/25 | | -800.00 |
| 01/29/25 | | -100.00 |
| 02/11/25 | | -1,000.00 |
| **Total other subtractions** | | **-$1,900.00** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 01/29/25 | | -0.00 |
| 01/29/25 | | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.




SSM-11-23-0458C | 6115469



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8858 81ST RD
GLENDALE, NY 11385-7842

BANK OF AMERICA

# Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you

# Your Bank of America Advantage Savings Preferred Rewards Platinum

for February 19, 2025 to March 19, 2025

Account number: ████ 1868

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---|
| Beginning balance on February 19, 2025 | $54,004.04 |
| Deposits and other additions | 674.10 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -12,623.70 |
| Service fees | -0.00 |
| **Ending balance on March 19, 2025** | **$42,054.44** |

*Annual Percentage Yield Earned this statement period: 0.03%.*
*Interest Paid Year To Date: $3.98.*

# New: Scheduled and recurring payments with Zelle®

Send money now, schedule it for later, or make it recurring.

**Enroll now! Scan the code or visit bankofamerica.com/zelle.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-03-24-0494-B | 6399671

PULL: B   CYCLE: 12   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NY

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Debit | Account -5523 | | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Exempt Funds in Account | Nonexempt Funds in Account | |
| 1 | | $851.32 | | | | | $851.32 | |
| 2 | 8/12/2024 | $815.72 | | | $35.60 | | $815.72 | |
| 3 | 8/13/2024 | $809.73 | | | $5.99 | | $809.73 | |
| 4 | 8/13/2024 | $774.30 | | | $35.43 | | $774.30 | |
| 5 | 8/14/2024 | $715.30 | | | $59.00 | | $715.30 | |
| 6 | 8/15/2024 | $678.06 | | | $37.24 | | $678.06 | |
| 7 | 8/15/2024 | $660.71 | | | $17.35 | | $660.71 | |
| 8 | 8/15/2024 | $630.39 | | | $30.32 | | $630.39 | |
| 9 | 8/16/2024 | $678.39 | | $48.00 | | | $678.39 | |
| 10 | 8/16/2024 | $644.61 | | | $33.78 | | $644.61 | |
| 11 | 8/19/2024 | $630.24 | | | $14.37 | | $630.24 | |
| 12 | 8/19/2024 | $593.24 | | | $37.00 | | $593.24 | |
| 13 | 8/19/2024 | $541.24 | | | $52.00 | | $541.24 | |
| 14 | 8/19/2024 | $521.24 | | | $20.00 | | $521.24 | |
| 15 | 8/20/2024 | $496.11 | | | $25.13 | | $496.11 | |
| 16 | 8/21/2024 | $468.84 | | | $27.27 | | $468.84 | |
| 17 | 8/22/2024 | $262.38 | | | $206.46 | | $262.38 | |
| 18 | 8/26/2024 | $235.98 | | | $26.40 | | $235.98 | |
| 19 | 8/26/2024 | $229.70 | | | $6.28 | | $229.70 | |
| 20 | 8/26/2024 | $176.62 | | | $53.08 | | $176.62 | |
| 21 | 8/26/2024 | $173.35 | | | $3.27 | | $173.35 | |
| 22 | 8/26/2024 | $45.35 | | | $128.00 | | $45.35 | |
| 23 | 8/27/2024 | $145.35 | | $100.00 | | | $145.35 | |
| 24 | 8/27/2024 | $140.75 | | | $4.60 | | $140.75 | |
| 25 | 8/27/2024 | $137.50 | | | $3.25 | | $137.50 | |
| 26 | 8/27/2024 | $37.50 | | | $100.00 | | $37.50 | |
| 27 | 8/28/2024 | $3,037.50 | $2,999.84 | $0.16 | | $2,999.84 | $37.66 | Transfer of $3,000 from account -1868 to account -5523. At the time of the transfer, only $0.16 in account -1868 was nonexempt; the rest of the transfer comprised exempt workers' compensation benefits. |

**Account -5523**

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Debit | Exempt Funds in Account | Nonexempt Funds in Account | Notes |
|---|---|---|---|---|---|---|---|---|
| 28 | 8/28/2024 | $3,031.43 | | | $6.07 | $2,999.84 | $31.59 | |
| 29 | 8/28/2024 | $3,013.91 | | | $17.52 | $2,999.84 | $14.07 | |
| 30 | 8/28/2024 | $3,009.31 | | | $4.60 | $2,999.84 | $9.47 | |
| 31 | 8/28/2024 | $3,003.32 | | | $5.99 | $2,999.84 | $3.48 | |
| 32 | 8/28/2024 | $2,978.29 | | | $25.03 | $2,978.29 | $0.00 | |
| 33 | 8/29/2024 | $513.29 | | | $2,465.00 | $513.29 | $0.00 | |
| 34 | 9/3/2024 | $2,985.29 | $2,472.00 | | | $2,985.29 | $0.00 | SSA deposit of Social Security benefits |
| 35 | 9/3/2024 | $3,430.29 | $445.00 | | | $3,430.29 | $0.00 | SSA deposit of Social Security benefits |
| 36 | 9/3/2024 | $3,400.91 | | | $29.38 | $3,400.91 | $0.00 | |
| 37 | 9/3/2024 | $3,300.91 | | | $100.00 | $3,300.91 | $0.00 | |
| 38 | 9/3/2024 | $3,200.91 | | | $100.00 | $3,200.91 | $0.00 | |
| 39 | 9/3/2024 | $3,160.91 | | | $40.00 | $3,160.91 | $0.00 | |
| 40 | 9/3/2024 | $2,933.97 | | | $226.94 | $2,933.97 | $0.00 | |
| 41 | 9/3/2024 | $2,833.97 | | | $100.00 | $2,833.97 | $0.00 | |
| 42 | 9/3/2024 | $2,578.97 | | | $255.00 | $2,578.97 | $0.00 | |
| 43 | 9/3/2024 | $2,563.80 | | | $15.17 | $2,563.80 | $0.00 | |
| 44 | 9/3/2024 | $2,518.10 | | | $45.70 | $2,518.10 | $0.00 | |
| 45 | 9/3/2024 | $2,492.14 | | | $25.96 | $2,492.14 | $0.00 | |
| 46 | 9/3/2024 | $2,393.14 | | | $99.00 | $2,393.14 | $0.00 | |
| 47 | 9/4/2024 | $2,384.89 | | | $8.25 | $2,384.89 | $0.00 | |
| 48 | 9/5/2024 | $3,884.89 | | $1,500.00 | | $2,384.89 | $1,500.00 | |
| 49 | 9/5/2024 | $3,868.56 | | | $16.33 | $2,384.89 | $1,483.67 | |
| 50 | 9/5/2024 | $3,862.27 | | | $6.29 | $2,384.89 | $1,477.38 | |
| 51 | 9/5/2024 | $1,162.27 | | | $2,700.00 | $1,162.27 | $0.00 | |
| 52 | 9/9/2024 | $1,119.63 | | | $42.64 | $1,119.63 | $0.00 | |
| 53 | 9/9/2024 | $1,108.62 | | | $11.01 | $1,108.62 | $0.00 | |
| 54 | 9/9/2024 | $1,048.62 | | | $60.00 | $1,048.62 | $0.00 | |
| 55 | 9/9/2024 | $1,014.27 | | | $34.35 | $1,014.27 | $0.00 | |
| 56 | 9/9/2024 | $996.95 | | | $17.32 | $996.95 | $0.00 | |
| 57 | 9/9/2024 | $936.95 | | | $60.00 | $936.95 | $0.00 | |

**Account -5523**

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Debit | Exempt Funds in Account | Nonexempt Funds in Account | Notes |
|---|---|---|---|---|---|---|---|---|
| 58 | 9/10/2024 | $909.95 | | | $27.00 | $909.95 | $0.00 | |
| 59 | 9/13/2024 | $867.83 | | | $42.12 | $867.83 | $0.00 | |
| 60 | 9/13/2024 | $859.84 | | | $7.99 | $859.84 | $0.00 | |
| 61 | 9/13/2024 | $256.04 | | | $603.80 | $256.04 | $0.00 | |
| 62 | 9/13/2024 | $220.61 | | | $35.43 | $220.61 | $0.00 | |
| 63 | 9/16/2024 | $149.83 | | | $70.78 | $149.83 | $0.00 | |
| 64 | 9/18/2024 | $249.83 | | $100.00 | | $149.83 | $100.00 | |
| 65 | 9/19/2024 | $229.83 | | | $20.00 | $149.83 | $80.00 | |
| 66 | 9/23/2024 | $23.37 | | | $206.46 | $23.37 | $0.00 | |
| 67 | 9/24/2024 | $93.37 | $70.00 | | | $93.37 | $0.00 | Transfer of $70 from account -1868 to account -5523. At the time of the transfer, all funds in account -1868 were exempt workers' compensation benefits. |
| 68 | 9/25/2024 | $43.37 | | | $50.00 | $43.37 | $0.00 | |
| 69 | 9/30/2024 | $73.37 | | $30.00 | | $43.37 | $30.00 | |
| 70 | 9/30/2024 | $67.38 | | | $5.99 | $43.37 | $24.01 | |
| 71 | 9/30/2024 | $42.35 | | | $25.03 | $42.35 | $0.00 | |
| 72 | 9/30/2024 | $32.35 | | | $10.00 | $32.35 | $0.00 | |
| 73 | 10/3/2024 | $64,870.35 | $64,838.00 | | | $64,870.35 | $0.00 | SSA deposit of Social Security benefits |
| 74 | 10/3/2024 | $67,342.35 | $2,472.00 | | | $67,342.35 | $0.00 | SSA deposit of Social Security benefits |
| 75 | 10/3/2024 | $67,787.35 | $445.00 | | | $67,787.35 | $0.00 | SSA deposit of Social Security benefits |
| 76 | 10/3/2024 | $67,772.22 | | | $15.13 | $67,772.22 | $0.00 | |
| 77 | 10/3/2024 | $15,000.22 | | | $52,772.00 | $15,000.22 | $0.00 | Transfer of $52,772.74 from account -5523 to account -1868. At the time of the transfer, all the funds in the account were exempt. |



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8858 81ST RD
GLENDALE, NY 11385-7842

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Adv Plus Banking

for August 10, 2024 to September 9, 2024                    Account number:  ▬▬▬  5523

**ALBERTO RIVERA LAO**

## Account summary

| | |
|---|---:|
| Beginning balance on August 10, 2024 | $851.32 |
| Deposits and other additions | 7,565.00 |
| Withdrawals and other subtractions | -7,479.37 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 9, 2024** | **$936.95** |

 Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-09-23-0692A | 6039180

Page 1 of 8

PULL: B  CYCLE: 6  SPEC: E  DELIVERY: E  TYPE:  IMAGE: B  BC: NY



**BANK OF AMERICA**

ALBERTO RIVERA LAO | Account # ▓▓▓▓ 4523 | August 10, 2024 to September 9, 2024

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 08/16/24 | | 48.00 |
| 08/16/24 | | 100.00 |
| 08/27/24 | | 3,000.00 |
| 08/28/24 | Online Banking transfer from SAV 1868 Confirmation# 7286036996 | |
| 09/03/24 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXXA SSA INDN:ALBERTO RIVERA LAO       CO ID:9031736039 PPD | 2,472.90 |
| 09/03/24 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXXC1 SSA INDN:ALBERTO RIVERA LAO FOR CO ID:9031736039 PPD  PMT INFO:N1*GD*ALBERTO RIVERA LAO FOR\N1*BE*AMBER       RIVERA *34*\8XXXXXXXX\ | 445.00 |
| 09/05/24 | | 1,500.00 |
| **Total deposits and other additions** | | **$7,565.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 08/12/24 | | -35.60 |
| 08/13/24 | | -5.99 |
| 08/13/24 | | -35.43 |
| 08/14/24 | | -59.00 |
| 08/15/24 | | -37.24 |
| 08/15/24 | | -17.35 |
| 08/15/24 | | -30.32 |
| 08/16/24 | | -33.78 |
| 08/19/24 | | -14.37 |
| 08/19/24 | | -37.00 |
| 08/19/24 | | -52.00 |

continued on the next page

# Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-03-24-0504 B | 6470905

ALBERTO RIVERA LAO  |  Account # 4830 0398 5523  |  August 10, 2024 to September 9, 2024

B.
AL

## Withdrawals and other subtractions - continued

| Date | | Amount |
|---|---|---|
| 08/19/2 | | -20.00 |
| 08/20/2 | | -25.13 |
| 08/20/2 | | -27.27 |
| 08/21/24 | | -206.46 |
| 08/22/24 | | -26.40 |
| 08/26/24 | | -6.28 |
| 08/26/24 | | -53.08 |
| 08/26/24 | | -3.27 |
| 08/26/24 | | -128.00 |
| 08/27/24 | | -4.60 |
| 08/27/24 | | -3.25 |
| 08/28/24 | | -100.00 |
| 08/28/24 | | -6.07 |
| 08/28/ | | -17.52 |
| 08/28/ | | -4.60 |
| 08/28/2 | | -5.99 |
| 08/28/2 | | -25.03 |
| 08/29/2 | | -2,465.00 |
| 09/03/24 | | -29.38 |
| 09/03/24 | | -100.00 |
| 09/03/24 | | -100.00 |
| 09/03/24 | | -40.00 |
| 09/03/24 | | -226.9 |
| 09/03/24 | | -100.0 |
| 09/03/24 | | -255.0 |
| 09/03/24 | | -15.1 |
| 09/03/24 | | -45.7 |
| 09/03/24 | | -25.9 |
| 09/03/24 | | -99.0 |
| 09/04/24 | | -8.2 |
| 09/05/24 | | -16. |
| 09/05/24 | | -6. |
| 09/05/24 | | -2,700 |

continued on the next

## BANK OF AMERICA

ALBERTO RIVERA LAO  |  Account # 4830 8398 5523  |  August 10, 2024 to September 9, 2024

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/09/24 | | -42.64 |
| 09/09/24 | | -11.01 |
| 09/09/24 | | -60.00 |
| 09/09/24 | | -34.35 |
| 09/09/24 | | -17.32 |
| 09/09/24 | | -60.00 |
| **Total withdrawals and other subtractions** | | **-$7,479.37** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|------|-------------|--------|
| **Total Overdraft fees** | $0.00 | $10.00 |
| **Total NSF: Returned Item fees** | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALBERTO RIVERA LAO
8858 81ST RD
GLENDALE, NY 11385-7842

BANK OF AMERICA
## Preferred Rewards
**Customer service information**

📞  1.800.888.RWDS (1.888.888.7937)

En Español: 1.800.688.6086

💻  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Adv Plus Banking
## Preferred Rewards Gold
for September 10, 2024 to October 9, 2024

**ALBERTO RIVERA LAO**

Account number: ███████ 5523

### Account summary

| | |
|---|---:|
| Beginning balance on September 10, 2024 | $936.95 |
| Deposits and other additions | 69,555.00 |
| Withdrawals and other subtractions | -68,481.74 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on October 9, 2024** | **$2,010.21** |

Can you spot a scam? Be aware of these common red flags.

 Contacted unexpectedly by the bank

 Asked to transfer money to resolve fraud

 Pressured to act fast and click through warning messages

 Share these tips with friends and family so they can help protect themselves.
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-24-0450 B | 6380953

## BANK OF AMERICA

ALBERTO RIVERA LAO | Account # 6830 8308 5533 | September 10, 2024 to October 9, 2024

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 09/18/24 | | 100.00 |
| 09/24/24 | Online Banking transfer from SAV 1868 Confirmation# 7318499251 | 70.00 |
| 09/30/24 | | 30.00 |
| 10/03/24 | SSA TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXA  SSA  INDN:ALBERTO RIVERA LAO      CO ID:9101038669 PPD | 64,838.00 |
| 10/03/24 | SSA TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXA  SSA  INDN:ALBERTO RIVERA LAO      CO ID:9031736026 PPD | 2,472.00 |
| 10/03/24 | SSA TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXC1 SSA  INDN:ALBERTO RIVERA LAO FOR CO ID:9031736026 PPD  PMT INFO:N1*GD*ALBERTO RIVERA LAO FOR\N1*BE*AMBER      RIVERA *34*XXXXXXXXX\ | 445.00 |
| 10/07/24 | | 1,600.00 |

**Total deposits and other additions** $69,555.00

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 09/10/24 | | -27.00 |
| 09/13/24 | | -42.12 |
| 09/13/24 | | -7.99 |
| 09/13/24 | | -603.8( |
| 09/13/24 | | -35.4 |
| 09/16/24 | | -70.7 |
| 09/19/24 | | -20.0 |
| 09/23/24 | | -206.4 |
| 09/25/24 | | -50.( |

continued on the next p

## Order foreign currency before you travel

Use our Mobile Banking app* or Online Banking and pick up your currency at a financial center, or have it delivered to your home (if under $1,000).

**Scan the code to learn more or visit bofa.com/foreigncurrency**



* Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-04-24-0466B|6564446

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
Notice of Award

Office of Central
Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: February 3, 2024
BNC#: 

ALBERTO RIVERA LAO
88-58 81ST RD
GLENDALE NY 11385-7842

We are writing to let you know that you are entitled to monthly
disability benefits from Social Security beginning March 2021.

**Your Benefits**

The following chart shows your benefit amount(s) before any
deductions or rounding. The amount you actually receive may
differ from your full benefit amount. When we figure how much
to pay you, we must deduct certain amounts, such as Medicare
premiums and worker's compensation offset. We must also round
down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| March 2021 | $ 906.90 | Entitlement began |
| June 2021 | $ 1,255.70 | Benefits to another person began or ended |
| July 2021 | $ 2,081.40 | Benefits to another person began or ended |
| December 2021 | $ 2,204.20 | Cost of living adjustment |
| December 2022 | $ 2,395.90 | Cost of living adjustment |
| December 2023 | $ 2,472.50 | Cost of living adjustment |

We have to take into account your workers' compensation payment
of $600.00 beginning March 2021 when we figure your Social
Security benefits. Due to this payment, we are reducing your
benefits.

We do not reduce benefits once workers' compensation payments
have stopped. Therefore, we are paying benefits at the full
rate beginning July 2021. Please let us know right away if you
receive workers' compensation and/or other public disability
payments again.

Benefit Amount    Beginning Date    Reason

**SEE NEXT PAGE**

24M1527H83689-A                                           Page 2

| | | | |
|---|---|---|---|
| $ | 906.00 | March 2021 | Because of the receipt of worker's compensation payments |
| $ | 1,255.00 | June 2021 | Cost of living adjustment |
| $ | 2,081.00 | July 2021 | Cost of living adjustment |
| $ | 2,204.00 | December 2021 | Cost of living adjustment |
| $ | 3,395.00 | December 2022 | Cost of living adjustment |
| $ | 2,472.00 | December 2023 | Cost of living adjustment |

## What We Will Pay

We pay Social Security benefits for a given month in the next month. For example, we pay Social Security benefits for March in April.

- Your first check is for $64,837.70.

- This is the money you are due through January 2024.

- After that, you will receive $2,297.00 on or about the third Wednesday of each month.

- The day of the month you receive your payments depends on your date of birth.

## Other Information

We are sending a copy of this notice to your representative.

## The Date You Became Disabled

We found that you became disabled under our rules on September 13, 2020.

You have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. Your first month of entitlement is March 2021.

## Information About Medicare

You are entitled to hospital insurance under Medicare beginning March 2023.

You are entitled to medical insurance under Medicare beginning January 2024.

If you want medical insurance to start earlier, you can choose to have it start in March 2023. If you want this benefit to start earlier, you must do the following things within 60 days after the date of this notice:

**SEE NEXT PAGE**

# NEW YORK CITY TRANSIT

**Worker's Compensation Benefits Imprest Fund**
130 Livingston Street - Room 7085
Brooklyn, New York 11201

**Date of Issue**   01/30/2024
**Payee Name**   RIVERA, ALBERTO

Claim Number
Check Number   770453

| | Amount | Description |
|---|---|---|
| | 33,509.69 | PAYMENT OF WORKERS' COMPENSATION BENEFITS OF 33509.69 FOR 09/14/2020 - 04/04/2024   929 days @ $901.19/WK less prev. pay & attorney fee |

**BANK OF AMERICA** ⟩⟩⟩

DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

Important Information

| | |
|---|---|
| **Date** | March 10, 2025 |
| **Case name** | ALBERTO RIVERA |
| **Case number** | CV-037556-18/QU |
| **Reference number** | D031025000873 |

ALBERTO RIVERA LAO
8858 81ST RD
GLENDALE NY 11385-7842

## We received a(n) Garnishment-NY Restraining Notice for $3,361.85 on March 6, 2025, so unfortunately we've debited and/or restricted access to your account(s).

Due to the legal order, we're required to debit your account and hold your funds and/or restrict access to your safe deposit box(es). The creditor has claimed your assets to satisfy all or part of a debt, so we're legally required to hold more than the amount of the order until they are sent to TENAGLIA & HUNT, P.A. or until we receive instructions from the court.

If you have questions or need to dispute this legal order, please call TENAGLIA & HUNT, P.A. at 201.820.6001. Keep in mind, we can't return the funds to you unless we receive a release or court order.

### Here are the details

| Safe Box number and/or Account number ending in: | State account located: | Amount attached: | Protected Amount: |
|---|---|---|---|
| 1868 | NY | $6,723.70 | $3,960.00 |

### What you need to know

- The issuing state of this legal order is New York. The legal order may identify exemptions under the law of the state in which the order was issued.
- Our records show that you and all debtors named in the legal order have the following resident state(s): New York. You may be eligible for certain exemptions based on your state of residence.
- Depending on the laws in your state, we may have to hold future deposits if the amount we've already held isn't enough to satisfy the legal order.
- Please notify any joint account holders, if applicable.
- You may wish to speak with your attorney about your options and obligations with this order.
- If one of the accounts is a CD or IRA, you may be charged early withdrawal penalties.
- You may still be charged maintenance fees on your accounts.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

NOTDEPINF 00-65-5618NSBW

We're here to help

If you have questions about your account, please give us a call anytime at 800.432.1000.

File No. TA005012
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

BARCLAYS BANK DELAWARE

                              Plaintiff,

          -against-

Alberto Rivera

                              Defendant.

Index No. CV-037556-18/QU

**RESTRAINING NOTICE TO
GARNISHEE**

To:     Bank Of America, N.A. ( Legal Order Processing)
        P.O. Box 15407
        Wilmington, DE 19850-5047

**RE:**    Alberto Rivera SS# 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
        8858 81st Rd
        Glendale NY 11385-7842

**GREETINGS:**

     **WHEREAS,** in an action in the CIVIL COURT OF THE CITY OF NEW YORK, County of QUEENS, between the Plaintiff BARCLAYS BANK DELAWARE, and the Defendant, Alberto Rivera, the parties named in said action, a Judgment was entered in favor of BARCLAYS BANK DELAWARE, (the Judgment Creditor) and against Alberto Rivera (the Judgment Debtor), on January 23, 2025,in the county of QUEENS in the amount of $3,421.85. The amount remaining due and unpaid is $3,361.85.

     **WHEREAS,** it appears that you owe a debt to the Judgment Debtor(s) or are in possession or in custody of property in which the Judgment debtor(s) have an interest;

     **TAKE NOTICE** that pursuant to CPLR Section 5222(b), which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with any property in which you have an interest, except as therein provided.

     **TAKE FURTHER NOTICE** that this notice also covers all property in which the Judgment Debtor(s) have an interest hereafter coming into your possession or custody, and all debts hereafter coming due from the Judgment Debtor(s).

## CIVIL PRACTICE LAW AND RULES

Section 5222(b) Effect of Restraint; prohibition of transfer; duration. A Judgment Debtor or Obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except as set forth in subdivisions (h) and (I) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the Judgment or Order is satisfied or vacated. A restraining notice served upon a person other than the Judgment Debtor or Obligor is effective only if, at the time of service, he or she owes a debt to the Judgment Debtor or Obligor or he or she is in the possession or custody of property in which he or she knows or has reason to believe the Judgment Debtor or Obligor has an interest, or if the Judgment Creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the Judgment Debtor or Obligor or that the Judgment Debtor or Obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice except as set forth in subdivisions (h) and (i) of this section. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

**TAKE FURTHER NOTICE** that disobedience of this Restraining Notice is punishable as a contempt of court.

Dated: February 25, 2025

**TENAGLIA & HUNT, P.A.**
Attorneys for Plaintiff/Judgment Creditor

By: S/Sumera S. Shaikh
Sumera S. Shaikh
365 West Passaic St, Suite 405
Rochelle Park, NJ 07662
5 Penn Plaza, 23rd Floor
New York, NY 10001
(201) 820-6001

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

BARCLAYS BANK DELAWARE

V.                                                          CV-037556-18/QU

Alberto Rivera

Tenaglia  & Hunt, P.A.                          Bank Of America, N.A. ( Legal Order
BARCLAYS BANK DELAWARE                          Processing)

365 West Passaic St, Suite 405                  P.O. Box 15407
Rochelle Park, NJ 07662                         Wilmington, DE 19850-5047
5 Penn Plaza, 23rd Floor
New York, NY 10001

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and
make one copy for yourself. Mail or deliver one form to  Tenaglia  & Hunt, P.A., 395 West Passaic Street, Ste 205,
Rochelle Park, NJ 07662 and one form to Bank Of America, N.A. ( Legal Order Processing) P.O. Box 15407
Wilmington, DE 19850-5047 within twenty days of the date on the envelope holding this notice. **If you have any
documents, such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records
showing the last two months of account activity, include copies of the documents with this form. Your account may be
released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

....        Social security

....        Social security disability (SSD)

....        Supplemental security income (SSI)

....        Public assistance

....        Wages while receiving SSI or public assistance

....        Veterans benefits

....        Unemployment insurance

....        Payments from pensions and retirement accounts

....        Income earned in the last 60 days (90% of which is exempt)

....        Child support

....        Spousal support or maintenance (alimony)

....        Workers' compensation

....        Railroad Retirement or Black Lung benefits

....        COVID-19 stimulus relief for individuals and families with children.

....        Other (describe exemption):_____

I request that any correspondence to me regarding my claim be sent to the following address:

8858   8155   RD
GLENDALE, NY   11385

(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

DATE

SIGNATURE OF JUDGMENT DEBTOR

## EXEMPTION NOTICE
(As required by New York Law)
### YOUR BANK ACCOUNT IS RESTRAINED OR "FROZEN"

The attached Restraining Notice or notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank account will be released. Consult an attorney (including free legal services) or visit the court clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt."

DOES YOUR BANK ACCOUNT CONTAIN ANY OF THE FOLLOWING TYPES OF FUNDS?

1. Social security;

2. Social security disability (SSD);

3. Supplemental security income (SSI);

4. Public assistance (welfare);

5. Income earned while receiving SSI or public assistance;

6. Veterans benefits;

7. Unemployment insurance;

8. Payments from pensions and retirement accounts;

9. Disability benefits;

10. Income earned in the last 60 days (90% of which is exempt);

11. Workers' compensation benefits;

12. Child support;

13. Spousal support or maintenance (alimony);

14. Railroad retirement; and/or

15. Black lung benefits.

16. COVID-19 stimulus relief for individuals and families with children.

If YES, you can claim that your money is exempt and cannot be taken. To make the claim, you must

(a) complete the EXEMPTION CLAIM FORM attached;

(b) deliver or mail the form to the bank with the restrained or "frozen" account; and

(c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 DAYS of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditor's attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form."

NOTICE TO JUDGMENT DEBTOR OR OBLIGOR

Money or property belonging to you may have been taken or held in order to satisfy a judgment or order which has been entered against you.

Read this carefully.

YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and federal laws prevent certain money or property from being taken to satisfy judgments or orders. Such money or property is said to be "exempt". The following is a partial list of money which may be exempt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans benefits;
10. Ninety percent of your wages or salary earned in the last sixty days;
11. Three Thousand Four Hundred Twenty-Five dollars of any bank account containing statutorily exempt payments that were deposited electronically or by direct deposit within the last forty-five days, including, but not limited to, your social security, supplemental security income, veterans benefits, public assistance, workers' compensation, unemployment insurance, public or private pensions, railroad retirement benefits, black lung benefits, or child support payments;
12. Railroad retirement; and
13. Black lung benefits.
14. COVID-19 stimulus relief for individuals and families with children.

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order. If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

Also, YOU MAY CONSULT AN ATTORNEY, INCLUDING ANY FREE LEGAL SERVICES ORGANIZATION IF YOU QUALIFY. You can also go to court without an attorney to get your money back. Bring this notice with you when you go. You are allowed to try to prove to a judge that your money is exempt from collection under New York civil practice law and rules, sections fifty-two hundred twenty-two-a, fifty-two hundred thirty-nine and fifty-two hundred forty. If you do not have a lawyer, the clerk of the court may give you forms to help you prove your account contains exempt money that the creditor cannot collect.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

BARCLAYS BANK DELAWARE

V.                                          CV-037556-18/QU

Alberto Rivera

Tenaglia & Hunt, P.A.                       Bank Of America, N.A. ( Legal Order
BARCLAYS BANK DELAWARE                      Processing)

365 West Passaic St, Suite 405             P.O. Box 15407
Rochelle Park, NJ 07662                     Wilmington, DE 19850-5047
5 Penn Plaza, 23rd Floor
New York, NY 10001

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to Tenaglia & Hunt, P.A., 395 West Passaic Street, Ste 205 Rochelle Park, NJ 07662 and one form to Bank Of America, N.A. ( Legal Order Processing) P.O. Box 15407 Wilmington, DE 19850-5047 within twenty days of the date on the envelope holding this notice. **If you have any documents, such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

|     |     |
| --- | --- |
| .... | Social security |
| .... | Social security disability (SSD) |
| .... | Supplemental security income (SSI) |
| .... | Public assistance |
| .... | Wages while receiving SSI or public assistance |
| .... | Veterans benefits |
| .... | Unemployment insurance |
| .... | Payments from pensions and retirement accounts |
| .... | Income earned in the last 60 days (90% of which is exempt) |
| .... | Child support |
| .... | Spousal support or maintenance (alimony) |
| .... | Workers' compensation |
| .... | Railroad Retirement or Black Lung benefits |
| .... | COVID-19 stimulus relief for individuals and families with children. |
| .... | Other (describe exemption):_____ |

I request that any correspondence to me regarding my claim be sent to the following address:

8858  8157  RD

GLENDALE,  NY  11385

(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

DATE  3/29/25                    SIGNATURE OF JUDGMENT DEBTOR

*Alberto Rivera*