**Civil Court of the City of New York**
County of Queens
Part 34C

Barclays Bank Delaware

Claimant(s)/Plaintiff(s)/Petitioner(s)
against

Alberto Rivera

Defendant(s)/Respondent(s)

Index Number CV-037556-18
Motion Cal. # 3   Motion Seq. # 1

### DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed..... | 1 |
| Answering Affidavits ............................. | |
| Replying Affidavits............................... | |
| Exhibits ......................................... | |
| Other............................................. | |

Upon the foregoing cited papers, the Decision/Order on this ~~Motion to~~ OSC to Vacate judgment is as follows:

Δ's OSC to vacate the judgment in this matter is adjourned to 6/17/25. Opposition due 5/16/25. Reply papers due 6/13/25.

All restrains on Δ's accounts at Bank of America ending in 1868 are lifted as defendant has shown that the account ending in 1868 consists entirely of exempt funds.

Civil Court of the City of New York
APR 16 2025
ENTERED
QUEENS COUNTY

April 16, 2025
Date

Judge, Civil Court
HON. MICHAEL H. GOLDMAN

CIV-GP-85 (Revised, September, 1999)