CIVIL COURT OF THE CITY OF NEW YORK
County of QUEENS

| Barclays Bank Delaware | Index No.: CV-037556-18/QU |
|---|---|
| Plaintiff, vs. Alberto Rivera  Defendant(s). | **AFFIRMATION IN OPPOSITION TO DEFENDANT'S ORDER TO SHOW CAUSE TO VACATE JUDGMENT** |

David Sussman, Esq., an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms:

1. I am associated with the law firm of Tenaglia & Hunt, P.A., attorneys of record for Plaintiff, Barclays Bank Delaware, (hereinafter referred to as the "Plaintiff") in the above-captioned action, and as such, I am fully familiar with the facts and circumstances underlying this action.

2. The above action was commenced by the filing the Summons and Complaint with the QUEENS County Clerk on or about November 29, 2018. A copy of the Summons and Complaint is annexed hereto as Exhibit 1.

3. The Summons and Complaint was served upon Defendant on or about January 2, 2019. A copy of the affidavit of service is annexed hereto as Exhibit 2.

4. The process server also mailed a copy of the Summons and Complaint to Defendant. See Exhibit 2.

5. On April 29, 2019, Plaintiff sent an additional copy of the summons to defendant pursuant to CPLR § 3215g(3). A copy of the Affidavit of Additional Mailing is annexed hereto as Exhibit 3.

6. The Court also mailed a copy of the "Additional Notice of Lawsuit" to the Defendant at the service address.

7. At the time of the filing of the complaint, this debt was within the statute of limitations.

8. Judgment was entered on January 23, 2025 for $3,421.85.

9. On February 11, 2025 this office mailed a copy of the judgment to Defendant's current address by

the USPS which was not returned. A copy of the Notice of Entry is annexed hereto as Exhibit 4.

10. CPLR 5513 (a) provides that "[a]n appeal as of right must be taken within thirty days after service by a party upon the appellant of a copy of the judgment or order appealed from and written notice of its entry." *W. Rogowski Farm, LLC v. Cty. of Orange*, 2019 NY Slip Op 01815, 4, 171 A.D.3d 79, 86, 96 N.Y.S.3d 88, 94 (App. Div.)

11. Defendant did not immediately file this order to show cause upon receiving a copy of the judgment, only upon Defendant's bank account being frozen did Defendant take aciton.

12. Defendant receiving the following notices regarding this debt and suit.

    a. Demand letter on September 24, 2018.

    b. Summons and complaint by substituted service

    c. Copy of summons and complaint by process server on January 2, 2019.

    d. additional notice of consumer credit was also mailed to the Defendant and not returned by the USPS.

    e. Copy of summons from Plaintiff on April 29, 2019.

    f. Notice of entry of judgment on February 11, 2025

13. Defendant ignored this debt and this action for years, but now that Plaintiff is able to start collecting, Defendant files this order to show cause.

14. To vacate the judgment or dismiss this case would not be in the interest of justice and would be extremely prejudicial to the Plaintiff.

**Legal Argument**

15. In order for a default judgment to be vacated, under New York law, the defendant has the burden of presenting a sufficient meritorious defense and reasonable excuse for the default. *Loris v. S & W Realty Corp.*, 16 A.D.3d 729, 729, 790 N.Y.S.2d 579, 580 (App. Div. 3rd Dept. 2005)

16. "CPLR 5015 (a) (1) permits a party to move to open a default judgment, based on excusable default and a meritorious defense, within one year of service of a copy of the judgment with

written notice of its entry upon it, or, if the moving party has entered the judgment within a year of entry of the judgment." (See also, *Fidelity & Deposit Co. v Andersen & Co.*, 60 NY2d 693.) *Picinic v. Seatrain Lines, Inc.*, 117 A.D.2d 504, 506, 497 N.Y.S.2d 924, 926 (App. Div. 1st Dept. 1986).

17. For all this time, Defendant made no application to the Court herein.

18. Now that when finally facing execution and repercussion, Defendant filed an order to show cause.

19. Under CPLR §5015(a)(1), a defendant need only show excusable delay and a meritorious defense to vacate a default, when such motion is brought within one year of the filing of the judgment. A motion to vacate a judgment on the grounds of "excusable default" is addressed to the sound discretion of the trial court. *MacMarty, Inc. v. Sheller*, 201 A.D.2d 706, 608 N.Y.S.2d 294 (2nd Dept. 1994).

20. Here, Defendant fails to provide an excusable delay and meritorious defense to vacate default pursuant to CPLR 5015(a)(1). The court may excuse a party's default to appear upon the demonstration of a reasonable excuse.

21. Based on the above, the order to show cause to vacate the judgment must be denied.

I affirm this day, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: June 9, 2025

                                          TENAGLIA & HUNT P.A.
                                          Attorney for Plaintiff

                                          David Sussman, Esq.
                                          365 West Passaic St, Suite 405
                                          Rochelle Park, NJ 07662
                                          5 Penn Plaza, 23rd Floor
                                          New York, NY 10001
                                          (201) 820-6001

To: Alberto Rivera
     8858 81st Rd
     Glendale NY 11385-7842

CONSUMER CREDIT TRANSACTION
IMPORTANT!! YOU ARE BEING SUED!!

THIS IS A COURT PAPER – A SUMMONS
DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF
YOUR PAY CAN BE TAKEN FROM YOU (GARNISHED). IF YOU DO NOT BRING THIS TO
COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT
RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!!! IF YOU CAN'T
PAY FOR YOUR OWN LAWYER BRING THESE PAPERS TO THIS COURT RIGHT AWAY.
THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

---------------------------------------------X
BARCLAYS BANK DELAWARE

    *Plaintiff,*

-against-

ALBERTO RIVERA,

    *Defendant.*
---------------------------------------------X

INDEX NUMBER:

SUMMONS  **037556/2018**

Plaintiff's Address:
125 S West Street
Wilmington, DE 19801

Basis of Venue:
Defendant's Address

To the above named defendant:

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City of New York, in and for the
County of QUEENS, at the office of the said court at 89-17 Sutphin Boulevard, Jamaica, NY 11435,
within the time provided by law as noted below and to file your answer to the annexed complaint with
the Clerk; upon your failure to answer, judgment will be taken against you for the sum of $3,166.85
*together with the costs of this action.*

Dated: 10/30/18

TENAGLIA & HUNT, P.A.
Attorneys for Plaintiff

By: _____
David Sussman, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC Department of Consumer
Affairs collection license No.: #2047462

**COPY**
ORIGINAL PAPERS
RECEIVED AND FILED
ON   NOV 29 2018
CIVIL COURT
QUEENS COUNTY

Ex. 1

NOTE: The law provides that:

(a) If this summons is served by its delivery to you personally, you must appear and answer within TWENTY days after such service; or

(b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

DEFENDANTS TO BE SERVED:
ALBERTO RIVERA
7845 81st St
Ridgewood NY 11385-7632

TRANSACCION DE CREDITO DEL CONSUMIDOR

!IMPORTANTE! UD. HA SIDO DEMANDADO!

ESTE ES UN DOCUMENTO LEGAL--UNA CITACION

!NO LA BOTE! !CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO). !SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES (PROPIEDAD) Y PERJUDICAR SU CREDITO! !TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OTROS GASTOS LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTE IMMEDIATAMENTE. VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE AYUDARA.

CORTE CIVIL DE LA CIUDAD DE NUEVA YORK
CONADO DE QUEENS
-----------------------------------X

BARCLAYS BANK DELAWARE

        Demandante,

-against-

ALBERTO RIVERA,
        *D*emandado.
-----------------------------------X

NO. DE EPIGRAFE:

CITACION
Residencia de Demandante
Direccion:
125 S West Street
Wilmington, DE 19801

La Razon de haber designado
esta Corte es:
Condado de QUEENS

La transaccion de credito
tuvo lugar en el
Condado de QUEENS

Al demandado arriba mencionado:

     **USTED ESTA CITADO** a comparecer en la Corte Civil de la Nueva York, Condado de QUEENS a la oficina del Jefe Principal de dicha Corte en, 89-17 Sutphin Boulevard, Jamaica, NY 11435, en el Condado de QUEENS Ciudad y Estado de Nueva York, dentro del tiempo provisto por la ley *segun abajo indicado* y a presentar su respuesta a la demanda anexada al Jefe de la Corte: si usted no comparece a contestar, se rendira sentencia contra usted en la suma de $3,166.85 incluyendo las costas de esta causa.

Fechado: 10/30/18

TENAGLIA & HUNT, P.A.

By: _____
David Sussman, Esq.
395 W. Passaic Street, Suite 205
*Rochelle Park, New Jersey 07662*
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC Department of Consumer
*Affairs collection license No.: # 2047462*
Abogados para Demandado

6 of 18

NOTA: La Ley provee que:

(a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderia dentro de VIENTE dias despues de la entrega; o

(b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entrega personal a usted en la Ciudad de Nueva York, usted tiene TREINTA dias para comparacer y responder la demanda, despues de haberse presentado prueba de entrega de la citacion al Jefe de esta Corte

**Demandado para ser servido:**
ALBERTO RIVERA
7845 81st St
Ridgewood NY 11385-7632

FILED: QUEENS COUNTY CIVIL COURT (EDDS) 06/10/2025 11:13 AM
Case No. CV-037556-18/QU
Index Number: 037556/2018 Filed: 11/29/2018

Case 1:26-cv-00400  Document 1-11  Filed 01/22/26  Page 8 of 18 PageID #: 153

File No.: TA005012
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

BARCLAYS BANK DELAWARE
                        *Plaintiff,*

-against-

ALBERTO RIVERA,
                        *Defendant.*

Index No.:

**COMPLAINT**

Plaintiff, by its Attorneys, complaining of the Defendant(s), respectfully alleges that:

1. Plaintiff is a national banking association organized and existing under federal law.

2. Upon information and belief, the Defendant(s) resides or has an office in the county in which this action is brought, or the defendant(s) transacted business within the county in which this action is brought, either in person or through an agent and the instant cause of action arose out of said transaction.

**AS AND FOR A FIRST CAUSE OF ACTION**

1. Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if more fully set forth herein.

2. At all relevant times herein, Defendant was the holder of a credit card that enabled Defendant to charge items to the credit card bearing account no. ending in the last four 9579. (HEREINAFTER THE "ACCOUNT")

3. By using the account, Defendant agreed to certain terms and conditions requiring Defendant to make payments towards the balance incurred thereon .(THE "AGREEMENT")

4. Defendant's account defaulted when Defendant failed to make the required payments as set forth in the agreement, and as a result, was in breach of the terms and conditions thereunder.

5. There is still due on said account the sum of $3,166.85, of which no part has been paid although repeated demands for same have been made and as often refused.

6. The Statute of Limitations has not yet expired.

Wherefore, Plaintiff demands as damages the sum of $3,166.85, together with costs of this suit.

## AS AND FOR A SECOND CAUSE OF ACTION

7. Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if more fully set forth herein.

8. Plaintiff rendered to Defendant(s) a full and true account of the indebtedness owing by the Defendant(s) as a result of the above agreement, in an amount as herein above set forth which account statement was delivered to and accepted without objection by the Defendant(s) resulting in an account stated in the sum of $3,166.85, no part of which was has been paid despite due demand therefore.

Wherefore, Plaintiff demands judgment against the Defendant(s) in the sum of $3,166.85 together with costs of this suit.

## AS AND FOR A THIRD CAUSE OF ACTION

9. Plaintiff repeats, reiterates and incorporates each and every allegation contained in the foregoing paragraphs as though fully set forth at length herein.

10. Plaintiff sues said Defendant for the reasonable value of credit purchases under the Account pursuant to the Agreement with the Defendant upon the promise of the Defendant to pay a reasonable price for the same. Payment has been demanded and has not been made.

WHEREFORE, Plaintiff(s) is entitled to judgment against Defendant for Quantum Meruit in the amount of $3,166.85, together with costs of this suit.

The undersigned attorney hereby certifies that, to the best of his/her knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the within complaint and the contentions therein are not frivolous as defined in Part 130-1.1(c) of the rules of the Chief Administrator.

Dated: 10/30/18

TENAGLIA & HUNT, PA.
ATTORNEY FOR PLAINTIFF

By: _____
David Sussman, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC DEPARTMENT OF CONSUMER
AFFAIRS COLLECTION NO.: #2047462

| Index No. |
|---|
| CIVIL COURT OF THE CITY OF NEW YORK<br>COUNTY OF QUEENS |
| BARCLAYS BANK DELAWARE<br><br>                                        Plaintiff,<br><br>              vs.<br>ALBERTO RIVERA<br><br>                                     Defendant(s). |
| SUMMONS AND COMPLAINT |
| TENAGLIA & HUNT, P.A.<br>395 West Passaic Street, Ste 205<br>Rochelle Park, NJ 07662<br>5 Penn Plaza, 23rd Fl<br>New York, New York 10001<br>(201) 820-6001 |
| **Attorneys For:** BARCLAYS BANK DELAWARE<br>*Plaintiff.* |



PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

TENAGLIA & HUNT, P.A.
395 W. PASSAIC ST SUITE 205
ROCHELLE PARK, NJ 07662

CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF QUEENS

INDEX # 037556/2018

BARCLAYS BANK DELAWARE,
                                            Plaintiff,
                  Against                                      **AFFIDAVIT OF SERVICE**

ALBERTO RIVERA
                                            Defendants,

I, Steve C. Kemp, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of New York.

On 1/2/2019 at 5:25 PM at 7845 81ST ST RIDGEWOOD, New York 11385, I served the within SUMMONS & COMPLAINT, bearing index #037556/2018, filed 11/29/2018 on ALBERTO RIVERA, defendant therein named,

(X) **SUITABLE AGE PERSON:** By delivering thereat a copy of each to, JANE DOE (withheld name) CO-RESIDENT, a person of suitable age and discretion. I also asked this person whether said premises was the defendant's dwelling place/usual place of abode and the reply was affirmative. I then asked this person whether he or she resided at said premises with the defendant and the reply was also affirmative.

(X) **MAILING:** On 1/17/2019 I also enclosed a copy of same, in a prepaid sealed, first class wrapper marked personal and confidential properly addressed to defendant and mailed to defendant at 7845 81ST ST RIDGEWOOD, New York 11385 by depositing said wrapper in a post office of the United States Postal Service within the state of New York.

**Description of Person Served:**
AGE: 44  SKIN TONE: WHITE  GENDER: FEMALE  WEIGHT: 130-150 LBS  HEIGHT: 5FT4IN-5FT7IN  HAIR: BROWN

MILITARY SERVICE  [X]  I asked the person spoken to whether the defendant was in active military service of the United States or of the State of New York in any capacity whatsoever and received a NEGATIVE reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York or of the United States as that term is defined in either the State or Federal statutes.

LICENSE # 1278468
FILE # TA005012
CASE ID # 5371397

STATE OF NEW YORK
COUNTY OF Suffolk

Sworn to and subscribed before me this ___ day of JAN 1 7 2019, 20___, by Steve C. Kemp (affiant name).

Signature of Notary Public

_____
Print, Type or Stamp Notary's Commissioned Name

Personally known _____ OR  Produced Identification _____
Type of Identification Produced _____

PAMELA E KOESTER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KO6323093
Qualified in Suffolk County
My Commission Expires April 13, 2019

QUEENS CIVIL JAN 24, 2019

Ex. 2

GEN 7.18

File No. TA005012
Civil Court of the City of New York
COUNTY OF QUEENS

───────────────────────────────x
Barclays Bank Delaware,

                Plaintiff,

                              Index No. 037556/2018

-against-

                              **NOTICE OF DEFAULT**

Alberto Rivera

                Defendant.
───────────────────────────────x

**TO THE ABOVE NAMED DEFENDANT(S) PLEASE TAKE NOTICE THAT:**

    **WHEREAS** the above entitled action was commenced by the plaintiff herein, by service of a summons and complaint upon you and the time to appear and answer the summons and complaint herein has expired and you have failed to appear and answer within the time required by law.

    **NOW THEREFORE,** judgment by default for failure to appear and answer may be entered against you for the sum of $3,166.85.

Dated: New York, NY
          April 25, 2019

                                            TENAGLIA & HUNT, P.A.
                                            Attorneys for Plaintiff

                                            By: _____
                                            Murianda/L. Ruffin, Esq.
                                            395 West Passaic Street, Ste 205
                                            Rochelle Park, NJ 07662
                                            5 Penn Plaza, 23rd Floor
                                            New York, NY 10001
                                            (201) 820-6001
                                            NYC Department of Consumer
                                            Affairs collection license No.: # 2047462

<u>Defendant's Address(es):</u>
Alberto Rivera
7845 81st St
Ridgewood NY 11385-7632

Ex. 3

File No. TA005012
Civil Court of the City of New York
COUNTY OF QUEENS
-----------------------------------x
Barclays Bank Delaware,

                     Plaintiff,

-against-                            Index No. 037556/2018

Alberto Rivera

                                **AFFIDAVIT OF ADDITIONAL MAILING**

                    Defendant.
-----------------------------------x

**STATE OF NEW JERSEY,**
ss.:
**COUNTY OF BURLINGTON**

      Jessica Gavin being duly sworn, deposes and says that deponent is over 18 years of age, resides in Burlington County, NJ and is not a party to this action.

      On 4-29-2019, pursuant to CPLR § 3215(g)(3), additional notice of the default was duly given by Plaintiff at least 20 days before the entry of such judgment, by mailing a copy of the summons by first-class mail to the defendant at the defendant's place of residence in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication was from an attorney or concerns an alleged debt, to the following address:

                            **Alberto Rivera**
                            7845 81st St
                     Ridgewood NY 11385-7632

                                 _/s/ Jessica Gavin_
                                 Jessica Gavin

Sworn to before me this
29 day of April, 2019

_/s/_
Notary Public

JENNIFER L MIGLIORE
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50049708
MY COMMISSION EXPIRES NOV. 28, 2021

File No. TA005012
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

-------------------------------------x
BARCLAYS BANK DELAWARE,

          Plaintiff,

-against-                                    Index No.: CV-037556-18/QU

Alberto Rivera                               **NOTICE OF ENTRY**

          Defendant.
-------------------------------------x

Please take notice that the within is a true copy of a(n) Judgment duly entered in the office of the Clerk of the CIVIL COURT OF THE CITY OF NEW YORK, County of QUEENS, on January 23, 2025.

Dated: February 11, 2025

                                      TENAGLIA & HUNT, P.A.
                                      Counsel for the Plaintiff

                                      By _____
                                      David Sussman
                                      365 West Passaic St, Suite 405
                                      Rochelle Park, NJ 07662
                                      5 Penn Plaza, 23rd Floor
                                      New York, NY 10001
                                      (201) 820-6001

To:    Alberto Rivera
        8858 81st Rd
        Glendale NY 11385-7842

NY9-Notice of Entry

Ex. 4

Queens County Civil Court
Civil Judgment

Plaintiff(s):
BARCLAYS BANK DELAWARE

vs.

Defendant(s):
ALBERTO RIVERA

Index Number: CV-037556-18/QU

Judgment Issued: On Default

On Motion of:

TENAGLIA & HUNT, P.A.
395 W. PASSAIC STREET, SUITE 205, New York, NY 10001

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $3,166.85 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $55.00 | Enforcement Fee | $40.00 |
| Interest | $0.00 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$3,166.85** | **Total Costs & Disbursements** | **$255.00** | **Judgment Total** | **$3,421.85** |

This court has determined this case to be a consumer debt action against a natural person, therefore the 2% post-judgment interest rate pursuant to NY CPLR §5004(a) applies.

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address
(1) BARCLAYS BANK DELAWARE
125 S WEST ST, Wilmington, DE 19801

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address
(1) ALBERTO RIVERA
7845 81ST ST, Ridgewood, NY 11385

Judgment entered at the Queens County Civil Court, 89-17 Sutphin Boulevard, Jamaica, NY 11435, in the STATE OF NEW YORK in the total amount of $3,421.85 on 01/23/2025 at 11:37 AM.

Judgment sequence 3

*Tanya Faye*

Tanya Faye, Chief Clerk

RECEIVED
JAN 3 0 2025
Initial: _____

Page 1 of 1

File No. TA005012
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
_____x
BARCLAYS BANK DELAWARE,

            Plaintiff,

-against-                                   Index No.: CV-037556-18/QU

Alberto Rivera                     **AFFIRMATION OF SERVICE**

            Defendant.
_____x

      David Sussman, Esq. an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following to be true under penalties of perjury:

      1. I am not a party to the action, am over 18 years of age and I am associated with the firm of Tenaglia & Hunt, P.A. 365 West Passaic St, Suite 405, Rochelle Park, NJ 07662 and 5 Penn Plaza, 23rd Floor, New York, NY 10001.

      2. That today I served the within true copies of the judgment with postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New Jersey, properly addressed to defendant's last known address:

                            ALBERTO RIVERA
                            8858 81st Rd
                          Glendale NY 11385-7842

Date: February 11, 2025
                                                          _____
                                                          David Sussman, Esq.

NY9-Notice of Entry

File No.: TA005012
CIVIL COURT OF THE CITY OF NEW YORK
County of QUEENS

| | |
|---|---|
| Barclays Bank Delaware<br><br>Plaintiff,<br>vs.<br><br>Alberto Rivera<br><br>Defendant(s). | Index No.: CV-037556-18/QU<br><br>AFFIRMATION OF SERVICE |

David Sussman affirms:

1. I am not a party to the action, am over 18 years of age and I am associated with the firm of Tenaglia & Hunt, P.A. 5 Penn Plaza, 23rd Floor, New York, NY 10001.

2. That on June 9, 2025, I served the within true copy of Plaintiff's Affirmation in Opposition and supporting documentation via First Class Mail in a sealed envelope, with postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New Jersey, properly addressed to:

Alberto Rivera
8858 81st Rd
Glendale NY 11385-7842

I affirm today, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Rochelle Park, New Jersey
      June 9, 2025

_____
David Sussman, Esq.
