CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
----------------------------------------------------------------- X

BARCLAYS BANK DELAWARE,  :  Index No.: CV-037556-18/QU

                   Plaintiff,  :  **REPLY AFFIRMATION TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S ORDER TO SHOW CAUSE TO VACATE JUDGMENT**

  – against –

ALBERTO RIVERA
                   Defendant.

----------------------------------------------------------------- X

I, Alberto Rivera, hereby affirm the following to be true under the penalties of perjury:

1. I am the Defendant in the above-captioned action.

2. I make this Affirmation in reply to Plaintiff's June 9, 2025 Opposition to my March 18, 2025 Order to Show Cause to Vacate Judgment.

3. Plaintiff adjourned the hearing on my March 18, 2025 Order to Show Cause three times, from April 16, 2025, to June 17, 2025, then from June 17, 2025 to August 21, 2025, and finally from August 21, 2025 to November 5, 2025.

4. Plaintiff's Opposition fails to address several defenses I raised in my Order to Show Cause, including that I do not recognize the debt and that I was never actually served with the complaint. Plaintiff's boilerplate assertions of mailing and citation to the affidavit of service are insufficient to rebut detailed refutations of affidavits of service.

5. I only found out about this lawsuit when my bank account was frozen on March 10, 2025.

6. Upon discovering the freezing of my bank account, I promptly investigated, learned of the lawsuit, and attempted to contact Tenaglia and Hunt to notify Plaintiffs, through their counsel, that I did not recognize the debt and that the restrained funds were exempt.

7. In the Affidavit of Service against me, a process server purports to have served a copy of the summons and complaint at a Queens address on a Jane Doe, who is described as an approximately 44-year-old white woman weighing between 130 and 150 pounds and standing between five feet four inches and five feet seven inches tall, on January 2, 2019.

8. I lived at the address purportedly served at this time, but I did not live with anyone matching this description. The only woman I lived with at the time was my wife, a Hispanic woman who does not match this description.

1

9. Plaintiff's Opposition also fails to note whatsoever that the funds in my bank account restrained since March 10, 2025, consist entirely of exempt Social Security Disability funds. In my Order to Show Cause I raised this issue, making Plaintiff's continued restraint of my exempt funds unlawful independent of their failure to properly serve me.

10. According to CPLR § 3215(c), "[i]f the plaintiff fails to take proceedings for the entry of default judgment within one year after the default, the court shall not enter judgment but shall dismiss the complaint as abandoned, without costs, upon its own initiative or on motion, unless sufficient cause is shown why the complaint should not be dismissed."

11. According to the court's case summary, Plaintiff failed to take proceedings for the entry of judgment—or act at all in this case, for that matter—for periods of more than one year after the date of the notice of default on multiple occasions, including the period from August 11, 2021 to October 12, 2022, and the period from February 12, 2023 to August 14, 2024.

12. Attached is a true and correct copy of the Case Summary printed on June 6, 2025.

I affirm this 31 day of OCT, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Printed Name: <u>Alberto Rivera</u>     Signature: _/s/ Alberto Rivera_

88-58 81st Road, 2nd Fl.
Glendale, NY 11385
(347) 432-8140

2

## CASE SUMMARY

| | | | |
|---|---|---|---|
| **Court:** | Queens County Civil Court | **Plaintiff(s):** | |
| **Index Number:** | CV-037556-18/QU | BARCLAYS BANK DELAWARE | |
| | | | |
| **Case Type:** | Civil | **vs.** | |
| **Filed Date:** | 11/29/2018 | | |
| **Classification:** | Consumer Credit | **Defendant(s):** | |
| **Specialty Designation(s):** | Consumer Debt; Credit Card Debt | ALBERTO RIVERA | |
| **Status:** | Post Disposition | | |

**Disposed Date:** 01/23/2025
**Disposed Reason:** Judgment(3)-Default Judgment

**Cause(s) of Action:** Breach of Contract or Warranty in the amount of $3,166.85

(P) BARCLAYS BANK DELAWARE
   TENAGLIA & HUNT, P.A. - 365 W. PASSAIC STREET, SUITE 405, Rochelle Park, NJ 07662, (201) 820-6001

(D) ALBERTO RIVERA - 8858 81ST ST RD, Ridgewood, NY 11385

### PAPERS RECORDED

| Date | Description |
|---|---|
| 11/29/2018 | Consumer Credit Fee |
| 11/29/2018 | Summons and Complaint (Attorney), Filed By: (P) BARCLAYS BANK DELAWARE |
| 05/03/2019 | Miscellaneous - NOTICE OF DEFAULT, Filed By: (P) BARCLAYS BANK DELAWARE |
| 12/20/2019 | Judgment (Default Judgment), Seq 1, Filed Date: 12/20/2019, Total Judgment: $3,401.85, Status: Rejected (08/11/2021), Creditor(s): (P) BARCLAYS BANK DELAWARE, Debtor(s): (D) ALBERTO RIVERA |
| 10/12/2022 | Judgment (Default Judgment), Seq 3, Filed Date: 10/12/2022, Total Judgment: $3,421.85, Entered Date: 01/23/2025, Status: Entered (01/23/2025), Creditor(s): (P) BARCLAYS BANK DELAWARE, Debtor(s): (D) ALBERTO RIVERA |
| 02/21/2023 | Miscellaneous - NOTICE OF INTENT TO PROSECUTE BY EMAIL, Filed By: (P) BARCLAYS BANK DELAWARE |
| 08/14/2024 | Judgment (Default Judgment), Seq 2, Filed Date: 08/14/2024, Total Judgment: $3,401.85, Status: Rejected (01/09/2025), Creditor(s): (P) BARCLAYS BANK DELAWARE, Debtor(s): (D) ALBERTO RIVERA |
| 02/11/2025 | Notice of Entry, Filed By: (P) BARCLAYS BANK DELAWARE |
| 03/18/2025 | Motion (Order to Show Cause), Seq 1, Court Date(s): 08/21/2025; 06/17/2025; 04/16/2025, Filed By: (D) ALBERTO RIVERA, Relief: Vacate Judgment, Status: Filed |
| 03/19/2025 | Phone or In Person Communication - osc SIGNED? |

This report reflects information recorded as of 06/20/2025 11:04 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

Page 1 of 2

CV-037556-18/QU (P) BARCLAYS BANK DELAWARE vs. (D) ALBERTO RIVERA

**APPEARANCE ACTIVITY**

| Date | Activity |
|---|---|
| 09/22/2023 | Part 200 IMP, Judge: Alan J. Schiff, Purpose: Conference: Status, Outcome(s): Removed from Calendar (no Control Date set) |
| 04/16/2025 | Part 34C - Procedural Motions-Self Represented Litigant Consumer, Judge: Michael H. Goldman, Purpose: Motion (1) - Vacate Judgment, Outcome(s): Adjourned: 06/17/2025 |
| 06/17/2025 | Part 34C - Procedural Motions-Self Represented Litigant Consumer, Judge: Joseph F. Kasper, Purpose: Motion (1) - Vacate Judgment, Outcome(s): Adjourned: 08/21/2025 |
| 08/21/2025 | Part 34C - Procedural Motions-Self Represented Litigant Consumer, Purpose: Motion (1) - Vacate Judgment |

This report reflects information recorded as of 06/20/2025 11:04 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

Page 2 of 2