CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS      PART 34C

RECEIVED ayifrisch 12/4/2025, 4:25:10 PM

─────────────────────────────────── X

BARCLAYS BANK DELAWARE,

                 Plaintiff(s),

-against-

ALBERTO RIVERA,

                 Defendant(s).

─────────────────────────────────── X

**Index: CV-037556-18/QU**
Motion Cal.: 8
Motion Seq. No.: 1
Fully submitted on
November 5, 2025

**DECISION AND ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion

Papers Numbered:

Order to Show Cause, Affirmation in Support, and Supporting Exhibits ............................ **1**
Answering Affidavits... **2**
Reply Papers............. **3**

Upon the foregoing cited papers, the Decision/Order on Defendant Alberto Rivera's Order to Show Cause to vacate a default judgment; to restore this case to the calendar or dismissing the action; and/or accepting the proposed answer as filed; or, allowing defendant to file an answer is as follows:

Here, Defendant Alberto Rivera is seeking to vacate a default judgment and has raised a jurisdictional objection under CPLR 5015(a)(4). Defendant disputes the description of the person served in Plaintiff's process server's affidavit. Therefore, this Court is bound to resolve the jurisdictional question prior to determining whether it is proper to grant Defendant any alternative relief, a discretionary vacatur of the default under CPLR 317 or 5015(a)(1) (*see Tuttnauer USA Co., Ltd. v Russo*, 216 AD3d 846 [2d Dept 2023]). Defendant has also raised CPLR §3215(c) inasmuch as the judgment was not filed within one year of Defendant's alleged default in appearing in the case.

Thus, upon the Court's consideration of the papers submitted herein, the Court finds that Defendant has sufficiently rebutted Plaintiff's process server's affidavit, and a traverse hearing is required (*See* CPLR 5015[a][1];[4]; *see generally OneWest Bank FSB v Perla*, 200 AD3d 1052 [2d Dept 2021]; *HSBC USA, N.A. v Sprei*, 180 AD3d 763 [2d Dept 2000]; *Wells Fargo Bank Minnesota, N.A. v Coletta*, 153 AD3d 757 [2d Dept 2017]; *Machovec v Svoboda*, 120 AD3d 772 [2d Dept 2014]; *Emigrant Mtge. Co., Inc. v Westervelt*, 105 AD3d 896 [2d Dept 2013].) Therefore, it is

**ORDERED** Defendant's Order to Show Cause to vacate the default judgment is granted to the extent that the matter shall be set down for a Traverse Hearing and final disposition of the Order to Show Cause at Special Term, on **Tuesday DECEMBER 16, 2025, Courtroom 102, Part 39C at 9:30 A.M.** The Traverse Hearing will be held before Hon. Melissa B. DeBerry, presiding in Courtroom **TO BE DETERMINED**; and it is further;

**ORDERED** that all enforcement of the judgment in this matter remains **STAYED** pending the resolution of the Traverse hearing; and it is further

**ORDERED** that the Clerk is directed to notify the parties.

Date: December 3, 2025

Hon. Melissa B. DeBerry
Judge, Civil Court



Civil Court of the City of New York
89-17 Sutphin Boulevard
Jamaica, NY 11435
Phone: (718)-262-7100   Fax:
**Hours:**
Website: www.nycourts.gov/courts/nyc/civil/index.shtml
**Email:**

| | |
|---|---|
| Hon. Shahabuddeen Ally<br>Administrative Judge | Tanya Faye<br>Chief Clerk |

---

## NOTICE

December 4, 2025

ALBERTO RIVERA
8858 81ST ST RD
Ridgewood, NY 11385

**BARCLAYS BANK DELAWARE**
           **-against-**
**ALBERTO RIVERA**

Index No: CV-037556-18/QU            Calendar No:

**PLEASE TAKE NOTICE** that your Civil case has been scheduled to December 16, 2025 at 9:30 AM in Part 39C - Miscellaneous Hearing Consumer, Room 102 for a Motion.

**You must appear and bring this notice with you.**
For instructions, go to https://nycourts.gov/appear

                                        Tanya Faye
                                        Chief Clerk

CC:    TENAGLIA & HUNT, P.A.



Civil Court of the City of New York
89-17 Sutphin Boulevard
Jamaica, NY 11435
Phone: (718)-262-7100   Fax:
Hours:
Website: www.nycourts.gov/courts/nyc/civil/index.shtml
Email:

Hon. Shahabuddeen Ally
Administrative Judge

Tanya Faye
Chief Clerk

---

## NOTICE

December 4, 2025

TENAGLIA & HUNT, P.A.
365 W. PASSAIC STREET
SUITE 405
Rochelle Park, NJ 07662

**BARCLAYS BANK DELAWARE**
           **-against-**
**ALBERTO RIVERA**

Index No: CV-037556-18/QU          Calendar No:

**PLEASE TAKE NOTICE** that your Civil case has been scheduled to
December 16, 2025 at 9:30 AM in Part 39C - Miscellaneous Hearing Consumer, Room 102 for a Motion.

**You must appear and bring this notice with you.**
For instructions, go to https://nycourts.gov/appear

Tanya Faye
Chief Clerk

CC:   ALBERTO RIVERA