

**TENAGLIA & HUNT**

Law. Differently.

*Please send all mail to our New Jersey address*

365 West Passaic Street | Suite 405
Rochelle Park, New Jersey 07662
201.820.6001 Main | 201.226.0795 Fax
201.820.6011 TTY | 866.723.0878 Toll Free

www.tenagliahunt.com

December 12, 2025

**Via Overnight Mail & EDDS**
ATTN: Clerk
Civil Court of the City of New York
County of Queens
89-17 Sutphin Boulevard
Jamaica, NY 11435

Re: Barclays Bank Delaware
vs. Alberto Rivera
Docket No: CV-037556-18/QU
Our File No: TA005012

Dear Clerk:

We represent Plaintiff, Barclays Bank Delaware in the above referenced action. There is currently a Traverse Hearing scheduled for December 16, 2025. Plaintiff respectfully requests and adjournment of this hearing to confirm availability of the process server that did the service in 2018.

Thank you for your time and consideration.

Very truly yours,

TENAGLIA & HUNT, P.A.

Jason Kim
For the Firm

JK/AP

cc:   Alberto Rivera

File No.: TA005012
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

| | |
|---|---|
| Barclays Bank Delaware<br><br>　　　Plaintiff,<br>vs.<br><br>Alberto Rivera<br><br>　　　Defendant(s). | Index No.: CV-037556-18/QU<br><br><br><br>AFFIRMATION OF SERVICE |

Jason Kim, Esq. an attorney duly admitted to practice law before the Courts of this State, hereby affirms the following to be true under penalties of perjury:

1. I am not a party to the action, am over 18 years of age and I am associated with the firm of Tenaglia & Hunt, P.A. 5 Penn Plaza, 23rd Floor, New York, NY 10001.

2. That on December 12, 2025, I served the within true copy of Letter Requesting Adjournment of Traverse Hearing Scheduled for December 16, 2025 via overnight mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the Federal Express at 365 W. Passaic Street, Rochelle Park, New Jersey 07662, properly addressed to:

ATTN: Clerk　　　　　　　　　　　　　　Alberto Rivera
Civil Court of the City of New York　　　　8858 81st Rd
County of Queens　　　　　　　　　　　　Glendale, NY 11385-7842
89-17 Sutphin Boulevard
Jamaica, NY 11435

Dated: Rochelle Park, New Jersey
　　　　December 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jason Kim, Esq.