**Civil Court of the City of New York**
County of Queens
Part 39C

Barclays Bank Delaware

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Alberto Rivera

Defendant(s)/Respondent(s)

Index Number CV-037556-18
Motion Cal. # _____ Motion Seq. # _____

**DECISION/ORDER**
Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed..... | 1 |
| Answering Affidavits .............................. | 2 |
| Replying Affidavits................................ | 3 |
| Exhibits .......................................... | |
| Other 12/3/25 Order | 4 |

Upon the foregoing cited papers, the Decision/Order on this OSC to vacate judgment is as follows:

Based upon Defendant's OSC and Plaintiff's opposing papers, this matter was set down for a traverse hearing on December 16, 2025. Plaintiff failed to appear at the traverse hearing to sustain its burden of service upon the Defendant. Therefore the OSC is granted and the default judgment is vacated. Any and all liens and restraints are lifted.

Based upon Plaintiff's failure to demonstrate that the Court has jurisdiction over the Defendant, the case is dismissed.

The foregoing constitutes the decision, Order & Judgment of the Court.

Civil Court
of the
City of New York
DEC 16 2025
ENTERED
QUEENS COUNTY

December 16, 2025
Date

Melissa B. DeBerry
Judge, Civil Court
HON. MELISSA B. DEBERRY