**Attorney(s):** Law Offices of Ahmad Keshavarz
**Index #:** 1:26-cv-00400-SDE
**Purchased/Filed:** February 25, 2026
**State of:** New York
**Court:** Supreme
**County/District:** Eastern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Alberto Rivera

Plaintiff(s)

against

Tenaglia & Hunt, P.A.

Defendant(s)

| | |
|---|---|
| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** |
| COUNTY OF ALBANY ) SS | |
| CITY OF ALBANY ) | |

Approx. Age: 30 Yrs
Weight: 190 Lbs   Height: 6'0"   Gender: Male   Race: White
Hair color: Brown   Other:

**Sean Warner**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **March 6, 2026**, at **2:30 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**SUMMONS IN A CIVIL ACTION WITH COMPLAINT AND JURY DEMAND**

on

**Tenaglia & Hunt, P.A.**,

the Defendant in this action, by delivering to and leaving with **Bryan Millner** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this **March 6, 2026**, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
Sean Warner

**Invoice·Work Order #** 2608219
**Attorney File #** Rivera vs Tenaglia