UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
Alberto Rivera,


                        Plaintiff,                    **NOTICE OF APPEARANCE**

                                                      **26-CV-00400**

            -against-


  Tenaglia & Hunt, P.A.

                        Defendant(s).
------------------------------------------x

S I R S:

        PLEASE TAKE NOTICE THAT the defendant TENAGLIA & HUNT, P.A.

hereby appears in the above-entitled action and that the undersigned

has been retained as counsel for said defendant therein.


Dated:  April 7, 2026


                            _____
                            ARTHUR SANDERS, ESQ. (AS1210)
                            BARRON & NEWBURGER, P.C.
                            Attorneys for defendant
                            30 South Main Street
                            New City, NY 10956
                            845-499-2990