UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------x
Alberto Rivera,

                -against-

Tenaglia & Hunt, P.A.,

                Defendant(s).
-------------------------------------------x

         **STIPULATION EXTENDING
DEFENDANT's TIME TO
ANSWER THE COMPLAINT**


**26-CV-00400**

      Plaintiff, by her attorney, Ahmad Keshavarz, and defendant

Tenaglia & Hunt, P.A., by their attorney Arthur Sanders, Esq., agree as

follows:


   1. That defendant's time to answer the complaint is extended to
     April 24, 2026.


Dated: New City, NY
       April 7, 2026


LAW OFFICE OF AHMAD KESHAVARZ      BARRON & NEWBURGER, P.C.

_____      _____
Ahmad Keshavarz, Esq.         Arthur Sanders, Esq.
Attorney for Plaintiff        Attorneys for defendant
16 Court Street, 26th Floor     30 South Main Street
Brooklyn, NY  11241         New City, NY  10956