UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
Alberto Rivera,

                    Plaintiff,

      -against-

TENAGLIA & HUNT, P.A.,


                  Defendant(s).
------------------------------------------x

**RULE 7.1 DISCLOSURE**

26-CV-00400

Defendant, **TENAGLIA & HUNT, P.A.**, is a New Jersey Professional Association with offices in New York and New Jersey. Tenaglia & Hunt, P.A. is not a publicly traded corporation.


Dated:   New City, NY
         April 23, 2026

                                    _____
                                     ARTHUR SANDERS, ESQ. (AS1210)
                                     BARRON & NEWBURGER, P.C.
                                     Attorney for defendant-
                                     Tenaglia & Hunt, P.A.
                                     30 South Main Street
                                     New City, NY  10956
                                     845-499-2990