

BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

May 7, 2026

Hon. Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  Rivera v. Tenaglia & Hunt, P.A., et al
　　  Docket No. 26-cv-00400

Dear Judge Eichenholtz:

Please be advised that this office represents defendant Tenaglia & Hunt, P.A., in the above-captioned matter.  This letter is written to request an adjournment of the initial court conference, scheduled for May 27, 2026.  This application is made with the consent of plaintiff's counsel.

The initial court conference is presently scheduled for May 27, 2026, at 4:15 p.m., at the Eastern District Courthouse in Brooklyn, New York.  Defendant seeks to adjourn the initial conference to either June 3rd, 4th, 5th or 8th.  Plaintiff's counsel consents to any of those proposed dates.

This is a first request for an adjournment of the court conference and this request does not affect any of the other court appearances for deadlines.  Defendant is not requesting to convert the conference from in-person to virtual.

Thank you for your consideration.

BARRON & NEWBURGER, P.C.

By:  Arthur Sanders

as/ctw

Cell: (845) 548-2213| Fax: (845) 499-2992| 30 South Main Street | New City, NY 10956 | bn-lawyers.com