**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

September 24, 2026

**VIA ECF**
Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Joint Discovery and Mediation Status letter.**
*Alberto Rivera v. Tenaglia & Hunt, P.A.,* Case No. 1:26-cv-00400-SDE

Dear Judge Eichenholtz:

The undersigned represents Plaintiff Alberto Rivera in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against the debt collection law firm Tenaglia & Hunt, P.A. ("Tenaglia")

I write on behalf of all Parties. In accordance with Your Honor's June 26 ECF Order, the Parties submit this joint status update on discovery and mediation.

The Parties apologize to the court for the tardiness of this letter.

On August 23, 2026 Plaintiff served his First Requests for Production of Documents, First Interrogatories, and First Requests for Admission to Tenaglia. On September 22, 2026 Plaintiff received responses to his requests for admission Requests for Admission and is awaiting responses to the balance of requests.

The Parties have agreed to a mediator, Joseph DiBenedetto, but need additional discovery before mediation would be fruitful.

Sincerely,
/s/
Ahmad Keshavarz