**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026
WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com
Telephone: (718) 522-7900
Fax: (877) 496-7809

November 3, 2026

**VIA ECF**
Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Joint Discovery and Mediation Status letter.**
*Alberto Rivera v. Tenaglia & Hunt, P.A.,* Case No. 1:26-cv-00400-SDE

Dear Judge Eichenholtz:

The undersigned represents Plaintiff Alberto Rivera in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against the debt collection law firm Tenaglia & Hunt, P.A. ("Tenaglia")

In accordance with Your Honor's October 27, 2026 ECF Order, the Parties submit this joint status update on discovery and mediation. The Parties apologize for the tardiness of this letter.

On August 23, 2026 Plaintiff served his First Requests for Production of Documents, First Interrogatories, and First Requests for Admission to Tenaglia. On September 22, 2026 Plaintiff received responses to his Requests for Admission. On October 29, 2026, Plaintiff received Defendant's response to Plaintiff's interrogatories.

Plaintiff is still awaiting responses to his request for document production and for the documents themselves. Defendant's counsel previously indicated that the document production would be provided by November 4, 2026 and mediation scheduled thereafter. *See* October 26, 2026 joint status report (Dkt. No. 19). Plaintiff needs document production before mediation is fruitful.

Sincerely,
/s/
Ahmad Keshavarz