**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026
WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com
Telephone: (718) 522-7900
Fax: (877) 496-7809

November 17, 2026

**VIA ECF**
Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Joint Discovery and Mediation Status letter and a Joint Request for an Extension of Discovery Deadline from November 24, 2026 to March 31, 2026**
*Alberto Rivera v. Tenaglia & Hunt, P.A.,* Case No. 1:26-cv-00400-SDE

Dear Judge Eichenholtz:

The undersigned represents Plaintiff Alberto Rivera in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against the debt collection law firm Tenaglia & Hunt, P.A. ("Tenaglia")

In accordance with Your Honor's November 3, 2026 ECF Order, the Parties submit this joint status update on discovery and mediation. In addition, the Parties respectfully request an extension of fact discovery deadline to March 31, 2026.

**Plaintiff's Position:**

On August 23, 2026 Plaintiff served his First Requests for Production of Documents, First Interrogatories, and First Requests for Admission to Tenaglia. Plaintiff is still awaiting responses to his request for document production and for the documents themselves. Plaintiff needs document production before mediation is fruitful. In addition, Plaintiff plans to take the deposition of Tenaglia after receiving its document production.

The Parties' counsel met and conferred on November 16, 2026 to discuss discovery and mediation. During the call, the Parties' counsels agreed to an extension of time until November 23, 2026 for Defendant Tenaglia to provide responses to Plaintiff's requests for document production and to produce responsive documents. The Parties' counsel have also tentatively agreed to a January 13, 2027 deposition date, subject to confirmation of witness availability.

To complete written discovery and depositions, Plaintiff respectfully requests an extension of discovery deadline from November 24, 2026 to March 31, 2026.

**Defendant's Position:**

Plaintiff's_recitation of events is accurate and defendant does intend to respond to plaintiff's request for documents by November 23, 2026. Defendant has already responded to plaintiff's request for admissions and to plaintiff's interrogatory requests.

Defendant also agrees with plaintiff that the parties are not quite ready for mediation on this case. Once document production is completed and a deposition of defendant's witnesses takes place, the parties will then be ready to engage in mediation.

Finally, defendant agrees to the extension of the discovery deadlines from November 24, 2026 to March 31, 2027.

Sincerely,
/s/
Ahmad Keshavarz

/s/
Arthur Sanders